**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Dwayne**<br>First Name<br>**Paul**<br>Middle Name<br>**Bridges**<br>Last Name<br><br>Suffix (Sr., Jr., II, III) | **Dana**<br>First Name<br>**Michelle**<br>Middle Name<br>**Bridges**<br>Last Name<br><br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | **Dwayne**<br>First Name<br>**P.**<br>Middle Name<br>**Bridges**<br>Last Name<br><br><br>First Name<br><br>Middle Name<br><br>Last Name | **Dana**<br>First Name<br>**Michelle**<br>Middle Name<br>**Johnson**<br>Last Name<br><br>**Dana**<br>First Name<br>**M.**<br>Middle Name<br>**Bridges**<br>Last Name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 7 8 9 4<br>OR<br>9xx – xx – ____ ____ ____ ____ | xxx – xx – 9 4 7 4<br>OR<br>9xx – xx – ____ ____ ____ ____ |

Debtor 1 **Dwayne Paul Bridges**

Debtor 2 **Dana Michelle Bridges**

Case number (if known) _____

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and doing business as names

☑ I have not used any business names or EINs.

_____
Business name

_____
Business name

_____
Business name

__ __ — __ __ __ __ __ __ __
EIN

__ __ — __ __ __ __ __ __ __
EIN

☑ I have not used any business names or EINs.

_____
Business name

_____
Business name

_____
Business name

__ __ — __ __ __ __ __ __ __
EIN

__ __ — __ __ __ __ __ __ __
EIN

**5.** **Where you live**

**920 Lynch Bend Rd.**
_____
Number    Street

_____

_____

**Springtown          TX      76082**
City                State    ZIP Code

**Parker**
_____
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City                State    ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number    Street

_____

_____

_____
City                State    ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City                State    ZIP Code

**6.** **Why you are choosing this district to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

**Part 2:   Tell the Court About Your Bankruptcy Case**

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

Debtor 1 **Dwayne Paul Bridges**
Debtor 2 **Dana Michelle Bridges** _____ Case number (if known) _____

| | | |
|---|---|---|
| **8.** | **How you will pay the fee** | ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address. |

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No
☐ Yes.

District _____ When _____ Case number _____
　　　　　　　　　　　　　　　　　MM / DD / YYYY

District _____ When _____ Case number _____
　　　　　　　　　　　　　　　　　MM / DD / YYYY

District _____ When _____ Case number _____
　　　　　　　　　　　　　　　　　MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No
☐ Yes.

Debtor _____ Relationship to you _____

District _____ When _____ Case number, _____
　　　　　　　　　　　　　　　　　MM / DD / YYYY　　if known

Debtor _____ Relationship to you _____

District _____ When _____ Case number, _____
　　　　　　　　　　　　　　　　　MM / DD / YYYY　　if known

**11. Do you rent your residence?**

☑ No. Go to line 12.
☐ Yes. Has your landlord obtained an eviction judgment against you?

　　☐ No. Go to line 12.
　　☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1 **Dwayne Paul Bridges**

Debtor 2 **Dana Michelle Bridges**

Case number (if known) _____

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No.  Go to Part 4.

☐ Yes.  Name and location of business

_____
Name of business, if any

_____
Number      Street

_____

_____
City                              State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

| **Part 4:** | **Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety?  Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes.  What is the hazard?

_____

If immediate attention is needed, why is it needed?

_____

Where is the property? _____
Number      Street

_____

_____
City                              State        ZIP Code

Debtor 1    **Dwayne Paul Bridges**

Debtor 2    **Dana Michelle Bridges**                                    Case number (if known) _____

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1 **Dwayne Paul Bridges**

Debtor 2 **Dana Michelle Bridges**                                          Case number (if known) _____

---

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer or business debts.

_____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No. I am not filing under Chapter 7. Go to line 18.

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No

☐ Yes

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor 1 **Dwayne Paul Bridges**

Debtor 2 **Dana Michelle Bridges**                                     Case number (if known) _____

---

| Part 7: | Sign Below |
|---------|------------|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Dwayne Paul Bridges** _____       X **/s/ Dana Michelle Bridges** _____
   Dwayne Paul Bridges, Debtor 1                 Dana Michelle Bridges, Debtor 2

   Executed on **10/10/2019** _____            Executed on **10/10/2019** _____
        MM / DD / YYYY                      MM / DD / YYYY

| Debtor 1 | **Dwayne Paul Bridges** | |
|---|---|---|
| Debtor 2 | **Dana Michelle Bridges** | Case number (if known) |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X **/s/ Carla R. Vida**      Date **10/10/2019**
Signature of Attorney for Debtor      MM / DD / YYYY

**Carla R. Vida**
Printed name

**The Vida Law Firm, PLLC**
Firm Name

**3000 Central Drive**
Number      Street

| **Bedford** | **TX** | **76021** |
|---|---|---|
| City | State | ZIP Code |

Contact phone **(817) 358-9977**      Email address

| **16674445** | **TX** |
|---|---|
| Bar number | State |

**Fill in this information to identify your case and this filing:**

| Debtor 1 | **Dwayne** | **Paul** | **Bridges** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Dana** | **Michelle** | **Bridges** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.  Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1.

**920 Lynch Bend Road**
Street address, if available, or other description

_____

**Springtown          TX    76082**
City                             State   ZIP Code

**Parker**
County

mobile home w/ land
1 acre of  land: $40,000.00
2002 Palm Harbor mobile home
42x76: $114,160.00

**What is the property?**
Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☑ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number: _____

Do not deduct secured claims or exemptions. Put the
amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $154,160.00 | $154,160.00 |

Describe the nature of your ownership
interest (such as fee simple, tenancy by the
entireties, or a life estate), if known.

**Contract for Deed**
_____

☑ Check if this is community property
(see instructions)

Debtor 1    **Dwayne Paul Bridges**
Debtor 2    **Dana Michelle Bridges**                              Case number (if known) _____

---

| 1.2. | | |
|---|---|---|
| **1045 Green Ridge Terrace** | What is the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| **Saginaw, Texas** | Check all that apply. | |

What is the property? Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☑ Investment property
☐ Timeshare
☐ Other _____

**1045 Green Ridge Terrace, Saginaw value of property: $130,951.00; balance owed $92,000.00;**

**Tarrant**
County

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $130,951.00 | $130,951.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

Who has an interest in the property? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this is community property**
(see instructions)

Other information you wish to add about this item, such as local property identification number:

---

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.......................➔    | **$285,111.00** |

---

## Part 2:    Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

| 3.1. | | |
|---|---|---|
| Make:    **Chevrolet** | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Model:   **Corvette** | ☐ Debtor 1 only | |
| Year:    **2016** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: **17,000** | ☑ Debtor 1 and Debtor 2 only | |
| | ☐ At least one of the debtors and another | $33,000.00    $33,000.00 |

Other information:
**2016 Chevrolet Corvette (approx. 17000 miles)**

☑ **Check if this is community property**
(see instructions)

| 3.2. | | |
|---|---|---|
| Make:    **Toyota** | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Model:   **Tundra** | ☐ Debtor 1 only | |
| Year:    **2012** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: **42,217** | ☐ Debtor 1 and Debtor 2 only | |
| | ☑ At least one of the debtors and another | $16,000.00    $16,000.00 |

Other information:
**2012 Toyota Tundra (approx. 42217 miles) (Debtors' son drives)**

☐ **Check if this is community property**
(see instructions)

---

| Debtor 1 | **Dwayne Paul Bridges** | | |
|---|---|---|---|
| Debtor 2 | **Dana Michelle Bridges** | Case number (if known) | |

**3.3.**

| Make: | **Toyota** |
|---|---|
| Model: | **Tundra** |
| Year: | **2016** |
| Approximate mileage: | **42,217** |

Other information:
**2016 Toyota Tundra**

Who has an interest in the property?
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$29,000.00** | **$29,000.00** |

**3.4.**

| Make: | **Toyota** |
|---|---|
| Model: | **Tundra** |
| Year: | **2007** |
| Approximate mileage: | |

Other information:
**2007 Toyota Tundra (inoperable)**

Who has an interest in the property?
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$200.00** | **$200.00** |

**3.5.**

| Make: | **Jeep** |
|---|---|
| Model: | **Wrangler** |
| Year: | **2005** |
| Approximate mileage: | |

Other information:
**2005 Jeep Wrangler**

Who has an interest in the property?
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$2,500.00** | **$2,500.00** |

**3.6.**

| Make: | **BMW** |
|---|---|
| Model: | |
| Year: | **2008** |
| Approximate mileage: | |

Other information:
**2008 BMW**

Who has an interest in the property?
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$4,000.00** | **$4,000.00** |

**3.7.**

| Make: | |
|---|---|
| Model: | **Colorado** |
| Year: | **2006** |
| Approximate mileage: | |

Other information:
**2006 Colorado**

Who has an interest in the property?
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$200.00** | **$200.00** |

Debtor 1  **Dwayne Paul Bridges**
Debtor 2  **Dana Michelle Bridges**                                    Case number (if known) _____

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

    ☐ No
    ☑ Yes

| 4.1. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|------|---|---|---|

4.1.
Make:  **Bass**
Model:  **Tracker**
Year:  **1987**
Other information:
**1987 Bass Tracker**

Who has an interest in the property?
Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $800.00 | $800.00 |

4.2.
Make:  **XMR 1000 Outlander**
Model:  **Can Am 4 wheeler**
Year:  **2014**
Other information:
**2014 XMR 650 CAM AM Outlander**

Who has an interest in the property?
Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $5,315.00 | $5,315.00 |

5.  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ..........................➔  **$91,015.00**

**Part 3:**   **Describe Your Personal and Household Items**

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware

    ☐ No
    ☑ Yes. Describe.....  **See continuation page(s).**                          **$4,015.00**

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

    ☐ No
    ☑ Yes. Describe.....  **televisions, computers, dvd/cd/vcr stereo component, camcorder, play stations.**                          **$1,730.00**

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

    ☐ No
    ☑ Yes. Describe.....  **books, pictures & art objects, Marilyn Monroe picture collection**                          **$415.00**

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

    ☐ No
    ☑ Yes. Describe.....  **See continuation page(s).**                          **$1,195.00**

Debtor 1    **Dwayne Paul Bridges**

Debtor 2    **Dana Michelle Bridges**      Case number (if known) _____

**10. Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No

☑ Yes. Describe..... | See continuation page(s). | **$1,050.00**

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

☑ Yes. Describe..... | clothing and personal effects | **$1,180.00**

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

☑ Yes. Describe..... | rings, watches, earrings, wedding rings, costume jewelry, necklaces, bracelets | **$1,240.00**

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No

☑ Yes. Describe..... | household pets: 1 cat, 3 dogs | **$0.00**

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No

☐ Yes. Give specific information............ | | _____

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here**.................................................................. ➔ | **$10,825.00**

---

## Part 4:    Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☑ Yes.................................................................................................. Cash: ........................ | **$0.00**

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes...........................     Institution name:

    17.1.   Checking account:    **Wells Fargo; checking account ending 947**     **$571.14**

Debtor 1    **Dwayne Paul Bridges**
Debtor 2    **Dana Michelle Bridges**                                    Case number (if known) _____

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

   ☒ No
   ☐ Yes............................  Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

   ☐ No
   ☒ Yes.  Give specific
   information about
   them..........................  Name of entity:                              % of ownership:

   **License to Chill Heating & Air, Inc. dba Just Chillin
   Heat & Air**                                              **100%**            **$0.00**

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

   ☒ No
   ☐ Yes.  Give specific
   information about
   them..........................  Issuer name:

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or
   profit-sharing plans

   ☒ No
   ☐ Yes.  List each
   account separately.    Type of account:      Institution name:

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
   companies, or others

   ☒ No
   ☐ Yes............................  Institution name or individual:

23. **Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)
   ☒ No
   ☐ Yes............................  Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ☒ No
   ☐ Yes............................  Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ☒ No
   ☐ Yes.  Give specific
   information about them

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ☒ No
   ☐ Yes.  Give specific
   information about them

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ☒ No
   ☐ Yes.  Give specific
   information about them

Debtor 1    **Dwayne Paul Bridges**

Debtor 2    **Dana Michelle Bridges**           Case number (if known) _____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☑ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years...................

Federal: _____

State: _____

Local: _____

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information

Alimony: _____

Maintenance: _____

Support: _____

Divorce settlement: _____

Property settlement: _____

**30. Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

☑ Yes. Name the insurance company of each policy and list its value...............

Company name:      Beneficiary:      Surrender or refund value:

**Metlife; term life policy insuring the life of Debtor Husband; face value $850,000.00; no cash value**      **$0.00**

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☑ No

☐ Yes. Give specific information

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim........

Debtor 1    **Dwayne Paul Bridges**
Debtor 2    **Dana Michelle Bridges**
                                                    Case number (if known) _____

35. **Any financial assets you did not already list**

☑ No
☐ Yes.  Give specific information _____ _____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**................................................................➔    | $571.14 |

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.** |

37. **Do you own or have any legal or equitable interest in any business-related property?**

☐ No.  Go to Part 6.
☑ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No
☐ Yes.  Describe.. _____ _____

39. **Office equipment, furnishings, and supplies**
   *Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes.  Describe.. _____ _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No
☑ Yes.  Describe.. **drills, volt meter, leak detector, vacuum pump, hand tools**     $1,500.00

41. **Inventory**

☑ No
☐ Yes.  Describe.. _____ _____

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes.  Describe.....  Name of entity:                          % of ownership:

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes.  **Do your lists include personally identifiable information**  (as defined in 11 U.S.C. § 101(41A))?
   ☐ No
   ☐ Yes.  Describe.... _____ _____

Debtor 1 **Dwayne Paul Bridges**
Debtor 2 **Dana Michelle Bridges**      Case number (if known) _____

**44. Any business-related property you did not already list**

☐ No
☑ Yes. Give specific information.

| | |
|---|---|
| **Zero Turn TRW w/60" MWR & ROPS** | **$5,200.00** |
| **Kubota 4WD HST Tractor, Kubota, Front Loader, 5'Rotary Cutter, 60: light duty box scrape, Kubota ROPS** | **$6,800.00** |
| **Land Pride Claw Grapple 60** | **$1,000.00** |
| **Back Ho and Post Hole Digger** | **$500.00** |
| **grass catcher and line trimmer** | **$400.00** |

**45.** Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here............................................................ ➔ | **$15,400.00**

---

**Part 6:** **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

---

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes.... | _____

**48. Crops--either growing or harvested**

☑ No
☐ Yes. Give specific information................ | _____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes.... | _____

**50. Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes.... | _____

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific information................ | _____

**52.** Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here............................................................ ➔ | **$0.00**

Debtor 1 **Dwayne Paul Bridges**

Debtor 2 **Dana Michelle Bridges**

Case number (if known) _____

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

    ☑ No
    ☐ Yes. Give specific information.

54. **Add the dollar value of all of your entries from Part 7. Write that number here**............................................ ➔ | **$0.00** |

## Part 8: List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2**.................................................................................................... ➔ **$285,111.00**

56. **Part 2: Total vehicles, line 5**  **$91,015.00**

57. **Part 3: Total personal and household items, line 15**  **$10,825.00**

58. **Part 4: Total financial assets, line 36**  **$571.14**

59. **Part 5: Total business-related property, line 45**  **$15,400.00**

60. **Part 6: Total farm- and fishing-related property, line 52**  **$0.00**

61. **Part 7: Total other property not listed, line 54**  +  **$0.00**

62. **Total personal property.**  Add lines 56 through 61..................  | **$117,811.14** |  Copy personal property total ➔ + **$117,811.14**

63. **Total of all property on Schedule A/B.**  Add line 55 + line 62............................................................ | **$402,922.14** |

Debtor 1   **Dwayne Paul Bridges**
Debtor 2   **Dana Michelle Bridges**

Case number (if known) _____

| | |
|---|---|
| 6.  **Household goods and furnishings (details):** | |
| kitchen table, 2 arm chairs, 6 regular chairs | **$500.00** |
| dishwasher | **$500.00** |
| household goods & furnishings | **$3,015.00** |
| 9.  **Equipment for sports and hobbies (details):** | |
| dirt bike | **$500.00** |
| board games, arcade game, pool tables, camera, exercise equipment | **$695.00** |
| 10.  **Firearms (details):** | |
| Smith & Wesson Body Armour handgun | **$200.00** |
| Glock 30 | **$350.00** |
| Glock 26 | **$300.00** |
| Mossburg 12 ga. | **$100.00** |
| Double Tap 45 | **$100.00** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Dwayne**<br>First Name | **Paul**<br>Middle Name | **Bridges**<br>Last Name |
| Debtor 2<br>(Spouse, if filing) | **Dana**<br>First Name | **Michelle**<br>Middle Name | **Bridges**<br>Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106C

## Schedule C: The Property You Claim as Exempt

04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**mobile home w/ land**<br>**1 acre of  land: $40,000.00**<br>**2002 Palm Harbor mobile home 42x76:**<br>**$114,160.00**<br>Line from *Schedule A/B*:  **1.1** | **$154,160.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(1) (Claimed:**<br>**$0.00**<br>**100% FMV without any restrictions)** |
| Brief description:<br>**1045 Green Ridge Terrace, Saginaw**<br>**value of property: $130,951.00; balance**<br>**owed $92,000.00;**<br>Line from *Schedule A/B*:  **1.2** | **$130,951.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5) (Claimed:**<br>**$25,028.86**<br>**100% of fair market value, up to any**<br>**applicable statutory limit)** |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Debtor 1 **Dwayne Paul Bridges**
Debtor 2 **Dana Michelle Bridges**                                        Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **2016 Chevrolet Corvette (approx. 17000 miles)** Line from *Schedule A/B*: **3.1** | **$33,000.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2) (Claimed: $0.00 100% FMV without any restrictions)** |
| Brief description: **2012 Toyota Tundra (approx. 42217 miles) (Debtors' son drives)** Line from *Schedule A/B*: **3.2** | **$16,000.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2) (Claimed: $0.00 100% FMV without any restrictions)** |
| Brief description: **2007 Toyota Tundra (inoperable)** Line from *Schedule A/B*: **3.4** | **$200.00** | ☑ **$200.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5) (Claimed: $200.00 100% FMV without any restrictions)** |
| Brief description: **2008 BMW** Line from *Schedule A/B*: **3.6** | **$4,000.00** | ☑ **$4,000.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2) (Claimed: $4,000.00 100% FMV without any restrictions)** |
| Brief description: **2006  Colorado 2006 Colorado** Line from *Schedule A/B*: **3.7** | **$200.00** | ☑ **$200.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5) (Claimed: $200.00 100% FMV without any restrictions)** |
| Brief description: **1987 Bass Tracker** Line from *Schedule A/B*: **4.1** | **$800.00** | ☑ **$800.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5) (Claimed: $800.00 100% FMV without any restrictions)** |
| Brief description: **2014 XMR 1000 Outlander Can Am 4 wheeler 2014 XMR 650 CAM AM Outlander** Line from *Schedule A/B*: **4.2** | **$5,315.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5) (Claimed: $0.00 100% FMV without any restrictions)** |
| Brief description: **kitchen table, 2 arm chairs, 6 regular chairs** Line from *Schedule A/B*: **6** | **$500.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $0.00 100% FMV without any restrictions)** |
| Brief description: **dishwasher** Line from *Schedule A/B*: **6** | **$500.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $0.00 100% FMV without any restrictions)** |

Debtor 1   **Dwayne Paul Bridges**

Debtor 2   **Dana Michelle Bridges**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**household goods & furnishings**<br><br>Line from *Schedule A/B*: __6__ | **$3,015.00** | ☑ **$3,015.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $3,015.00**<br>**100% FMV without any restrictions)** |
| Brief description:<br>**televisions, computers, dvd/cd/vcr stereo component, camcorder, play stations.**<br>Line from *Schedule A/B*: __7__ | **$1,730.00** | ☑ **$1,730.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $1,730.00**<br>**100% FMV without any restrictions)** |
| Brief description:<br>**books, pictures & art objects, Marilyn Monroe picture collection**<br>Line from *Schedule A/B*: __8__ | **$415.00** | ☑ **$415.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $415.00**<br>**100% FMV without any restrictions)** |
| Brief description:<br>**dirt bike**<br><br>Line from *Schedule A/B*: __9__ | **$500.00** | ☑ **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $500.00**<br>**100% FMV without any restrictions)** |
| Brief description:<br>**board games, arcade game, pool tables, camera, exercise equipment**<br>Line from *Schedule A/B*: __9__ | **$695.00** | ☑ **$695.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $695.00**<br>**100% FMV without any restrictions)** |
| Brief description:<br>**Smith & Wesson Body Armour handgun**<br><br>Line from *Schedule A/B*: __10__ | **$200.00** | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $200.00**<br>**100% FMV without any restrictions)** |
| Brief description:<br>**Glock 30**<br><br>Line from *Schedule A/B*: __10__ | **$350.00** | ☑ **$350.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $350.00**<br>**100% FMV without any restrictions)** |
| Brief description:<br>**Glock 26**<br><br>Line from *Schedule A/B*: __10__ | **$300.00** | ☑ **$300.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $300.00**<br>**100% FMV without any restrictions)** |
| Brief description:<br>**Mossburg 12 ga.**<br><br>Line from *Schedule A/B*: __10__ | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $100.00**<br>**100% FMV without any restrictions)** |

Debtor 1    **Dwayne Paul Bridges**

Debtor 2    **Dana Michelle Bridges**

Case number (if known) _____

## Part 2:    Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**Double Tap 45**<br><br>Line from *Schedule A/B*: __10__ | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $100.00**<br>**100% FMV without any restrictions)** |
| Brief description:<br>**clothing and personal effects**<br><br>Line from *Schedule A/B*: __11__ | $1,180.00 | ☑ $1,180.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $1,180.00**<br>**100% FMV without any restrictions)** |
| Brief description:<br>**rings, watches, earrings, wedding rings, costume jewelry, necklaces, bracelets**<br>Line from *Schedule A/B*: __12__ | $1,240.00 | ☑ $1,240.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4) (Claimed: $1,240.00**<br>**100% FMV without any restrictions)** |
| Brief description:<br>**household pets: 1 cat, 3 dogs**<br><br>Line from *Schedule A/B*: __13__ | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $0.00**<br>**100% FMV without any restrictions)** |
| Brief description:<br>**cash on hand**<br><br>Line from *Schedule A/B*: __16__ | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5) (Claimed: $0.00**<br>**100% FMV without any restrictions)** |
| Brief description:<br>**Wells Fargo; checking account ending 947**<br><br>Line from *Schedule A/B*: __17.1__ | $571.14 | ☑ $571.14<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5) (Claimed: $571.14**<br>**100% FMV without any restrictions)** |
| Brief description:<br>**Metlife; term life policy insuring the life of Debtor Husband; face value $850,000.00; no cash value**<br>Line from *Schedule A/B*: __31__ | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(8) (Claimed: $0.00**<br>**100% FMV without any restrictions)** |
| Brief description:<br>**drills, volt meter, leak detector, vacuum pump, hand tools**<br>Line from *Schedule A/B*: __40__ | $1,500.00 | ☑ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(6) (Claimed: $1,500.00**<br>**100% FMV without any restrictions)** |
| Brief description:<br>**Zero Turn TRW w/60" MWR & ROPS**<br><br>Line from *Schedule A/B*: __44__ | $5,200.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(6) (Claimed: $0.00**<br>**100% FMV without any restrictions)** |

Debtor 1    **Dwayne Paul Bridges**
Debtor 2    **Dana Michelle Bridges** _____ Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**Kubota 4WD HST Tractor, Kubota, Front Loader, 5'Rotay Cutter, 60: light duty box scrape, Kubota ROPS**<br>Line from *Schedule A/B*: __44__ | $6,800.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(6) (Claimed: $0.00**<br>**100% FMV without any restrictions)** |
| Brief description:<br>**Land Pride Claw Grapple 60**<br>Line from *Schedule A/B*: __44__ | $1,000.00 | ☑ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5) (Claimed: $1,000.00**<br>**100% FMV without any restrictions)** |
| Brief description:<br>**Back Ho and Post Hole Digger**<br>Line from *Schedule A/B*: __44__ | $500.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(6) (Claimed: $0.00**<br>**100% FMV without any restrictions)** |
| Brief description:<br>**grass catcher and line trimmer**<br>Line from *Schedule A/B*: __44__ | $400.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(6) (Claimed: $0.00**<br>**100% FMV without any restrictions)** |

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Dwayne** | **Paul** | **Bridges** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Dana** | **Michelle** | **Bridges** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
   amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

**2.1**

| **Ally Financial** | Describe the property that secures the claim: | $33,513.27 | $33,000.00 | $513.27 |
|---|---|---|---|---|
| Creditor's name | **2016 Chevrolet Corvette** | | | |

**PO Box 380902**
Number        Street

_____

| **Bloomington        MN    58438** | As of the date you file, the claim is: Check all that apply. |
|---|---|
| City                State    ZIP Code | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates
   to a community debt**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred **7/19/16**        Last 4 digits of account number    **2    4    4    6**

Add the dollar value of your entries in Column A on this page. Write
that number here:

| $33,513.27 |
|---|

Debtor 1 **Dwayne Paul Bridges**
Debtor 2 **Dana Michelle Bridges**

Case number (if known) _____

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

| 2.2 | | Describe the property that secures the claim: | $107,482.73 | $154,160.00 | |

**Champs Properties**
Creditor's name
**Jason Creel**
Number    Street
**5328 Rolling Meadows Dr.**

**920 Lynch Bend Road**
**Springtown**

**Fort Worth          TX    76123**
City                State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred   **7/6/17**      Last 4 digits of account number   ___ ___ ___ ___

**1 acre of land: $40,000.00**
**2002 Palm Harbor mobile home 42x76: $114,160.00**

| 2.3 | | Describe the property that secures the claim: | $16,587.49 | $16,000.00 | $587.49 |

**Chrysler Capital**
Creditor's name
**PO Box 660335**
Number    Street

**2012 Toyota Tundra**

**Dallas          TX    75266-0335**
City                State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred   **2/7/2017**      Last 4 digits of account number   **2   9   5   7**

**third party pays direct**

Add the dollar value of your entries in Column A on this page. Write that number here:          | **$124,070.22** |

Debtor 1 **Dwayne Paul Bridges**
Debtor 2 **Dana Michelle Bridges**

Case number (if known) _____

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|

**2.4**

**Conns**
Creditor's name
**PO Box 815867**
Number     Street

Describe the property that secures the claim: | $1,287.76 | $500.00 | $787.76

**kitchen table, 2 arm chairs, 6 regular chairs**

**Dallas          TX    75234-5867**
City          State     ZIP Code

**Who owes the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.**  Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Last 4 digits of account number    5   8   7   0

**2.5**

**DATCU**
Creditor's name
**PO Bxo 927**
Number     Street

Describe the property that secures the claim: | $5,703.45 | $5,315.00 | $388.45

**2014 XMR 650 CAM AM Outlander Travis 4 wheeler**

**Denton          TX    76202-0827**
City          State     ZIP Code

**Who owes the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.**  Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Last 4 digits of account number    1   1   1   7

Add the dollar value of your entries in Column A on this page.  Write that number here: | $6,991.21

Debtor 1 **Dwayne Paul Bridges**
Debtor 2 **Dana Michelle Bridges**

Case number (if known) _____

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|

**2.6**

Describe the property that secures the claim:

| | $3,000.00 | $2,500.00 | $500.00 |

**Direct Capital Corp**
Creditor's name
**155 Commerce Way**
Number    Street

**2005 Jeep Wrangler**

_____

As of the date you file, the claim is: Check all that apply.

**Portsmouth        NH    03801**
City              State    ZIP Code

☑ Contingent
☑ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Nature of lien.  Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Corporate debt- personal guarantor**

Date debt was incurred _____

Last 4 digits of account number    7  0  0  1

**2005 Jeep Wrangler**

**2.7**

Describe the property that secures the claim:

| | $2,021.43 | $154,160.00 | |

**Internal Revenue Service**
Creditor's name
**1100 Commerce Street**
Number    Street
**MC 5027 DAL**

**920 Lynch Bend Road Springtown**

_____

As of the date you file, the claim is: Check all that apply.

**Dallas            TX    75242**
City              State    ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim relates to a community debt

Nature of lien.  Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**1040 Taxes Due for 2014**

Date debt was incurred _____

Last 4 digits of account number    ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:

| $5,021.43 |

Debtor 1 **Dwayne Paul Bridges**
Debtor 2 **Dana Michelle Bridges**

Case number (if known) _____

| Part 1: | Additional Page<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
| --- | --- | --- | --- | --- |

---

**2.8**

**Internal Revenue Service**
Creditor's name
**1100 Commerce Street**
Number    Street
**Stop MC5026DAL**

_____

**Dallas**           **TX**   **75242**
City             State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred     **2016**

Describe the property that secures the claim:
**920 Lynch Bend Road Springtown**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
    **1040 Taxes Due for 2016**

Last 4 digits of account number ___ ___ ___ ___

Column A: **$87,222.00**   Column B: **$154,160.00**   Column C: **$42,566.16**

---

**2.9**

**Internal Revenue Service**
Creditor's name
**1100 Commerce Street**
Number    Street
**Stop MC5026DAL**

_____

**Dallas**           **TX**   **75242**
City             State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred     **2015**

Describe the property that secures the claim:
**920 Lynch Bend Road Springtown**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
    **1040 Taxes Due for 2015**

Last 4 digits of account number ___ ___ ___ ___

Column A: **$12,348.00**   Column B: **$154,160.00**   Column C: **$12,348.00**

---

Add the dollar value of your entries in Column A on this page. Write that number here:

**$99,570.00**

Debtor 1  **Dwayne Paul Bridges**
Debtor 2  **Dana Michelle Bridges**

Case number (if known) _____

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|

---

**2.10**

**Kubota Credit corp**
Creditor's name
**PO Box 2046**
Number    Street

_____

**Grapevine        TX    76099**
City               State   ZIP Code

**Who owes the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

Date debt was incurred _____

Describe the property that secures the claim:

**Zero Turn TRW w/60" MWR & ROPS**

$5,269.62      $5,200.00      $69.62

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Nature of lien.**  Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Corporate debt- personal guarantor**

Last 4 digits of account number   6   3   7   2

---

**2.11**

**Kubota Credit Corp.**
Creditor's name
**PO Box 2046**
Number    Street

_____

**Grapevine        TX    76099**
City               State   ZIP Code

**Who owes the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

Date debt was incurred _____

Describe the property that secures the claim:

**see remarks below**

$6,868.53      $6,800.00      $68.53

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Nature of lien.**  Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Corporate debt- personal guarantor**

Last 4 digits of account number   4   2   5   1

**Kubota 4WD HST Tractor, Kubota, Front Loader, 5'Rotay Cutter, 60: light duty box scrape, Kubota ROPS**

Add the dollar value of your entries in Column A on this page.  Write that number here:

$12,138.15

Debtor 1   **Dwayne Paul Bridges**
Debtor 2   **Dana Michelle Bridges**

Case number (if known) _____

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|

| 2.12 | Describe the property that secures the claim: | $886.80 | $500.00 | $386.80 |
|---|---|---|---|---|

**Kubota Credit Corp.**
Creditor's name
**PO Box 2046**
Number     Street

**Back Ho and Post Hole Digger**

_____

**Grapevine          TX     76099**
City                 State   ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset)

Last 4 digits of account number    3   8   8   3

| 2.13 | Describe the property that secures the claim: | $919.38 | $400.00 | $519.38 |
|---|---|---|---|---|

**Kubota Credit Corp.**
Creditor's name
**PO Box 2046**
Number     Street

**grass catcher and line trimmer**

_____

**Grapevine          TX     76099**
City                 State   ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset)

Last 4 digits of account number    6   6   3   2

Add the dollar value of your entries in Column A on this page. Write that number here:

**$1,806.18**

Debtor 1 **Dwayne Paul Bridges**
Debtor 2 **Dana Michelle Bridges**

Case number (if known) _____

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|

---

**2.14**

**Suntrust**
Creditor's name
**PO box 305053**
Number        Street

_____

**Nashville**        **TN**    **37230-5063**
City            State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

**Date debt was incurred**  **12/12/15**

Describe the property that secures the claim:

**2016 Toyota Tundra**

| | | |
|---|---|---|
| $29,869.47 | $29,000.00 | $869.47 |

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset)

**Last 4 digits of account number**  **2   1   1   2**

---

**2.15**

**Tim Moore**
Creditor's name
**302 Pine Tree Road**
Number        Street

_____

**Longview**        **TX**    **75604**
City            State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

**Date debt was incurred** _____

Describe the property that secures the claim:

**1045 Green Ridge Terrace, Saginaw**

| | | |
|---|---|---|
| $92,000.00 | $130,951.00 | |

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset)

**Last 4 digits of account number**  ___ ___ ___ ___

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**

| $121,869.47 |
|---|

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:**

| $404,979.93 |
|---|

Official Form 106D        **Additional Page of Schedule D: Creditors Who Have Claims Secured by Property**        page 8

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Dwayne** | **Paul** | **Bridges** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Dana** | **Michelle** | **Bridges** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

## Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

   ☑ No. Go to Part 2.
   ☐ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | |
|---|---|

_____     _____     _____     _____

Priority Creditor's Name                    Last 4 digits of account number    __ __ __ __

_____     **When was the debt incurred?** _____

Number          Street

_____     **As of the date you file, the claim is:** Check all that apply.
_____     ☐ Contingent
_____     ☐ Unliquidated
City                    State    ZIP Code    ☐ Disputed

**Who incurred the debt?** Check one.            **Type of PRIORITY unsecured claim:**
☐ Debtor 1 only                         ☐ Domestic support obligations
☐ Debtor 2 only                         ☐ Taxes and certain other debts you owe the government
☐ Debtor 1 and Debtor 2 only                ☐ Claims for death or personal injury while you were
☐ At least one of the debtors and another          intoxicated
☐ **Check if this claim is for a community debt**     ☐ Other. Specify _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor 1    **Dwayne Paul Bridges**

Debtor 2    **Dana Michelle Bridges**

Case number (if known) _____

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

**Total claim**

**4.1**

**Absolute Resolutions Corporation**
Nonpriority Creditor's Name
**8000 Norman Center Dr. #860**
Number        Street

**Bloomington            MN    55437**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Avant Web Bank**

Last 4 digits of account number    **8  5  9  5**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Personal Loan**

$3,166.70

**4.2**

**ADT**
Nonpriority Creditor's Name
**5400 Airport Freeway, Ste A**
Number        Street

**Fort Worth            TX    76117-5928**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **1  0  8  1**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Services Rendered**

$0.00

Debtor 1 **Dwayne Paul Bridges**

Debtor 2 **Dana Michelle Bridges**

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

### 4.3

**Total claim** $229.26

**Allstate Indemnity Company**
Nonpriority Creditor's Name
**c/o CCS**
Number       Street
**Payment Processing Center**

**PO Box 55126**

**Boston**              **MA**    **02205-5126**
City                   State   ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**    **0   0   4   2**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Insurance premiums**

### 4.4

**Unknown**

**Ally Financial**
Nonpriority Creditor's Name
**PO Box 78234**
Number       Street

_____

**Phoenix**             **AZ**    **85062-8234**
City                   State   ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**deficiency balance: 2017 Dodge Ram VIN 034**

**Last 4 digits of account number**    **2   0   3   7**

**When was the debt incurred?**    **11/8/17**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Corporate debt- personal guarantor**

Debtor 1      **Dwayne Paul Bridges**

Debtor 2      **Dana Michelle Bridges**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.5

**$1,056.00**

**Amcol Systems, Inc.**
Nonpriority Creditor's Name

**PO Box 21625**
Number      Street

_____

**Columbia          SC      29221**
City                State   ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   7  5  1  8

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Medical Expense**

### 4.6

**$2,225.00**

**Barclay Card**
Nonpriority Creditor's Name

**PO Box 60517**
Number      Street

_____

**City of Industry      CA    91716-0517**
City                      State   ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   3  3  4  5

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Credit Account**

Debtor 1 **Dwayne Paul Bridges**

Debtor 2 **Dana Michelle Bridges**

Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.7**

**Unknown**

**Baylor Surgicare @ Mansfield**
Nonpriority Creditor's Name

**280 Regency Parkway**
Number        Street

_____

**Mansfield          TX      76063**
City                State     ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?        _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Medical Expense: Letter of Protection**

**4.8**

**$4,718.84**

**Bill Me Later, Inc.**
Nonpriority Creditor's Name

**c/o PayPal Credit**
Number     Street

**PO Box 5138**

_____

**Timonium          MD      21094**
City                State     ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **8   7   9   4**

When was the debt incurred?        _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit Account**

Debtor 1     **Dwayne Paul Bridges**

Debtor 2     **Dana Michelle Bridges**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |
|---|---|

| 4.9 | | $1,391.97 |
|---|---|---|

**Blaze Mastercard**
Nonpriority Creditor's Name
**PO Box 2534**
_____
Number      Street
_____

**Omaha**          **NE**    **68103-2534**
City              State   ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **0   1   4   0**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Credit Account**

| 4.10 | | $3,670.20 |
|---|---|---|

**Blue Mound Business Park**
Nonpriority Creditor's Name
**1150 Blue Mound Road**
_____
Number      Street
_____

**Haslet**          **TX**    **76052**
City              State   ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    ___  ___  ___  ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Judgment**

**Blue Mound Business Park vs. Dwayne Bridges; Case No. JP04-17-E00051532**
**judgment lien on 1045 Green Ridge Terrace, Saginaw property**

Debtor 1 **Dwayne Paul Bridges**

Debtor 2 **Dana Michelle Bridges**

Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.11 | | **$9,360.00** |
|---|---|---|

**Blue Mound Business Park, LLC**
Nonpriority Creditor's Name
**1150 Blue Mound Road**
Number        Street

_____

**Haslet                    TX        76052**
City                          State      ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

When was the debt incurred?   _____

As of the date you file, the claim is:  Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Judgment**

 **Blue Mound Business Park, LLC vs. Dwayne Bridges; Case No. JP04-17-SC00009149**
**judgment lien on 1045 Green Ridge Terrace, Saginaw property**

| 4.12 | | **$9,379.98** |
|---|---|---|

**Cabellas Visa**
Nonpriority Creditor's Name
**PO Box 82519**
Number        Street

_____

**Lincoln                    NE        68501-2519**
City                          State      ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **8  8  1  2**

When was the debt incurred?   _____

As of the date you file, the claim is:  Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Credit Account**

Debtor 1 **Dwayne Paul Bridges**

Debtor 2 **Dana Michelle Bridges** _____ Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

| 4.13 | | **$2,312.11** |

**Capital One**
Nonpriority Creditor's Name
**PO Box 60599**
Number        Street

_____

**City of Industry        CA        91716-0599**
City        State        ZIP Code

**Who incurred the debt?**    Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    **5  6  5  5**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Credit Account**

| 4.14 | | **$2,068.54** |

**Capital One Bank USA**
Nonpriority Creditor's Name
**c/o Scott & Associates, PC**
Number        Street
**PO Box 113297**

_____

**Carrollton        TX        75011-3297**
City        State        ZIP Code

**Who incurred the debt?**    Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    **2  5  7  0**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Credit Account**

**Capital One vs. Dwayne P. Bridges; Case No. DC2-19-1764**

Debtor 1   **Dwayne Paul Bridges**
Debtor 2   **Dana Michelle Bridges**

Case number (if known) _____

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

| | |
|---|---|
| 4.15 | **$665.27** |

**Capital One Platinum Mastercard**
Nonpriority Creditor's Name
**PO Box 60599**
Number    Street
_____

**City of Industry     CA     91716-0599**
City        State     ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **9**   **2**   **1**   **9**
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Account**

| | |
|---|---|
| 4.16 | **$2,081.03** |

**Capital One Quicksilver Mastercard**
Nonpriority Creditor's Name
**PO Box 60599**
Number    Street
_____

**City of Industry     CA     91716-0599**
City        State     ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **9**   **4**   **7**   **1**
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Account**

**Capital One vs. Dwayne P. Bridges; Case No. DC2-19-1782**

Debtor 1   **Dwayne Paul Bridges**
Debtor 2   **Dana Michelle Bridges**                                        Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

Total claim

| 4.17 | | $740.22 |
|---|---|---|

**Cardmember Service**
Nonpriority Creditor's Name
**Amazon**
Number   Street
**PO Box 6294**

**Carol Stream**      **IL**      **60197-5294**
City                      State      ZIP Code

Last 4 digits of account number   **6   6   1   1**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify   **Credit Account**

| 4.18 | | $5,780.99 |
|---|---|---|

**Cardmember Service**
Nonpriority Creditor's Name
**Marriott Rewards Visa**
Number   Street
**PO Box 6294**

**Carol Stream**      **IL**      **60197-6294**
City                      State      ZIP Code

Last 4 digits of account number   **4   1   7   9**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify   **Credit Account**

Debtor 1 **Dwayne Paul Bridges**

Debtor 2 **Dana Michelle Bridges**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.19 | | $2,114.49 |

**Chase**
Nonpriority Creditor's Name

**PO Box 6026**

Number        Street

_____

**Chicago**          **IL**      **60680-6026**

City                    State      ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**business installment loan**

**Last 4 digits of account number**   **5   0   0   4**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Corporate debt- personal guarantor**

| 4.20 | | $6,105.00 |

**Chase Bank**
Nonpriority Creditor's Name

**6543 Lake Worth Blvd,**

Number        Street

_____

**Lake Worth**          **TX**      **76135**

City                    State      ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**   **6   5   2   8**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Corporate debt- overdraft account**

Debtor 1   **Dwayne Paul Bridges**

Debtor 2   **Dana Michelle Bridges**

Case number (if known) _____

---

**Part 2:**     **Your NONPRIORITY Unsecured Claims -- Continuation Page**

---

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

| 4.21 | | $151.00 |

**Chase Bank**
Nonpriority Creditor's Name
**6543 Lake Worth Blvd,**
Number      Street
_____

**Lake Worth          TX      76135**
City                     State     ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**checking account ending 598**

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Overdrafted Account**

| 4.22 | | $21,039.79 |

**Chrysler Capital**
Nonpriority Creditor's Name
**PO Box 660335**
Number      Street
_____

**Dallas          TX      75266-0335**
City                 State     ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**deficiency balance; 2017 Dodge Ram 1500 VIN 064**

**Last 4 digits of account number** _1_ _1_ _0_ _9_

**When was the debt incurred?** _5/16/17_

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Corporate debt- personal guarantor**

Debtor 1    **Dwayne Paul Bridges**
Debtor 2    **Dana Michelle Bridges**
                                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

**4.23**
                                                                        **$18,758.96**

**Chrysler Capital**
Nonpriority Creditor's Name
**PO Box 660335**
Number        Street
_____

_____

**Dallas**              **TX**    **75266-0335**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **8   4   6   8**
**When was the debt incurred?**    **11/18/17**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Corporate debt- personal guarantor**

**deficiency balance; 2017 Dodge Promaster VIN 884**

**4.24**
                                                                        **$17,277.95**

**Chrysler Capital**
Nonpriority Creditor's Name
**PO Box 660335**
Number        Street
_____

_____

**Dallas**              **TX**    **75266-0335**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **2   4   7   4**
**When was the debt incurred?**    **2/22/17**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Corporate debt- personal guarantor**

**deficiency balance; 2017 Dodge TR Promaster C1 VIN 680**

Debtor 1 **Dwayne Paul Bridges**

Debtor 2 **Dana Michelle Bridges** _____ Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.25 | | **Unknown** |
|---|---|---|

**Chrysler Capital**
Nonpriority Creditor's Name
**PO Box 660335**
Number      Street

_____

| **Dallas** | **TX** | **75266-0335** |
|---|---|---|
City | State | ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **7  5  6  5**

**When was the debt incurred?**  **2/22/17**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Corporate debt- personal guarantor**

**deficiency balance; 2017 Dodge TR Promaster VIN406**

| 4.26 | | **$19,962.83** |
|---|---|---|

**Chrysler Capital**
Nonpriority Creditor's Name
**PO Box 961275**
Number      Street

_____

| **Fort Worth** | **TX** | **76161-1275** |
|---|---|---|
City | State | ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **9  5  1  6**

**When was the debt incurred?**  **2/22/17**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Corporate debt- personal guarantor**

**deficiency balance: 2017 Dodge TR Promaster VIN 269**

Debtor 1 **Dwayne Paul Bridges**
Debtor 2 **Dana Michelle Bridges**

Case number (if known) _____

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

**4.27**

**Unknown**

**Chrysler Capital**
Nonpriority Creditor's Name
**PO Box 660335**
Number        Street
_____

**Dallas**                **TX**    **75266-0335**
City                      State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **1   5   0   5**
**When was the debt incurred?**   **2/25/17**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Corporate debt- personal guarantor**

**deficiency balance: 2017 Dodge TR Promaster VIN 357**

**4.28**

**Unknown**

**Cintas**
Nonpriority Creditor's Name
**PO Box 6650838**
Number        Street
_____

**Dallas**                **TX**    **75265-0838**
City                      State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **6   3   4   7**
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Corporate debt- personal guarantor**

Debtor 1 **Dwayne Paul Bridges**
Debtor 2 **Dana Michelle Bridges**        Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

---

**4.29**                                                       **$2,602.50**

**City of Fort Worth et al**
Nonpriority Creditor's Name
**c/o Stephen T. Meeks**
Number     Street
**Linebarger Goggan Blair et al**

**100 Throckmorton Ste 300**

**Fort Worth          TX          76102**
City                 State     ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Property Taxes: 1150 W. Blue Mound Road**

**City of Fort Worth et al vs. Dwayne Paul Bridges; Case No. 348-D17392-18**

---

**4.30**                                                       **$99,086.00**

**Colonial Funding Network/TVT Capital, LL**
Nonpriority Creditor's Name
**c/o Jennifer Ballard, Esq.**
Number     Street
**120 West 45th Street, 2nd Fl.**

**New York          NY          10036**
City                 State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Corporate debt- personal guarantor**

**Colonial Funding Network Inc., as servicing provider for TVT Capital, LLC vs. License to Chill Heating & Air, Inc. dba Just Chillin Heating & Air and Dwayne Bridges (A/K/A Dwayne Paul Bridges)**

Debtor 1 **Dwayne Paul Bridges**
Debtor 2 **Dana Michelle Bridges**

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.31**

**Conns**
Nonpriority Creditor's Name
**PO Box 815867**
Number      Street

_____

**Dallas**          **TX**    **75234-5867**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **5  8  3  3**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Credit Account**

**$2,615.15**

---

**4.32**

**Conns**
Nonpriority Creditor's Name
**PO Box 815867**
Number      Street

_____

**Dallas**          **TX**    **75234-5867**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **5  8  3  2**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Credit Account**

**$440.00**

---

Debtor 1 **Dwayne Paul Bridges**

Debtor 2 **Dana Michelle Bridges**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.33

**$863.14**

**Conns/Synchrony Bank**
Nonpriority Creditor's Name

**PO Box 960061**

Number        Street

_____

**Orlando**            **FL**      **32896-0061**
City                       State    ZIP Code

**Who incurred the debt?**    Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Last 4 digits of account number   **2   4   5   0**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    **Credit Account**

4.34

**$522.36**

**Crown Asset Management LLC**
Nonpriority Creditor's Name

**c/o MRS BPO LLC**

Number    Street

**1930 Olney Ave**

_____

**Cherry Hill**            **NJ**      **08003**
City                       State    ZIP Code

**Who incurred the debt?**    Check one.

- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Last 4 digits of account number   **3   5   6   6**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    **Credit Account**

Debtor 1  **Dwayne Paul Bridges**
Debtor 2  **Dana Michelle Bridges**                              Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.                                                                                          **Total claim**

| 4.35 | | $810.97 |

**Discover**
Nonpriority Creditor's Name
**PO Box 790213**
Number        Street

_____

**St. Louis**              **MO**      **63179-0213**
City                          State      ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **7**  **4**  **3**  **0**

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Credit Account**

| 4.36 | | $12,575.00 |

**Diversified Pure Chem**
Nonpriority Creditor's Name
**c/o Richard J. Scott**
Number        Street
**801 East Campbell Road**

**Suite 165**

**Richardson**              **TX**      **75018**
City                          State      ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __  __  __  __

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Corporate debt- personal guarantor**

Debtor 1 **Dwayne Paul Bridges**

Debtor 2 **Dana Michelle Bridges**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

| 4.37 | | $583.20 |
|---|---|---|

**DNF Associates, LLC**
Nonpriority Creditor's Name
**c/o Halsted Financial Services, LLC**
Number      Street
**PO Box 828**

**Skokie**            **IL**      **60076**
City                      State    ZIP Code

**Who incurred the debt?**   Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Last 4 digits of account number   **2   6   3   6**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit Account**

| 4.38 | | $1,056.01 |
|---|---|---|

**First Choice Emergency Room**
Nonpriority Creditor's Name
**c/o AMCOL Systems, Inc.**
Number      Street
**PO Box 21625**

**Columbia**            **SC**      **29221**
City                      State    ZIP Code

**Who incurred the debt?**   Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Last 4 digits of account number   **7   5   1   8**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Medical Expense**

Debtor 1    **Dwayne Paul Bridges**

Debtor 2    **Dana Michelle Bridges**

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.39**

$1,437.29

**First National Credit Card**
Nonpriority Creditor's Name
**PO Box 2496**
Number        Street

_____

Last 4 digits of account number    **0   9   4   1**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Omaha**              **NE      68103-2496**
City                        State        ZIP Code

Who incurred the debt?    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Credit Account**

**4.40**

$24,499.76

**First Place Auto/ In & Out Auto, LLC**
Nonpriority Creditor's Name
**6829 Smithfield Road**
Number        Street

_____

Last 4 digits of account number    **1   7   4   2**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**North Richland Hills    TX    76182**
City                        State        ZIP Code

Who incurred the debt?    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Deficiency balance on previously secured account**

**2004 Ford F150 VIN ending 0681**

Debtor 1   **Dwayne Paul Bridges**

Debtor 2   **Dana Michelle Bridges**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.41

**Unknown**

**First Place Auto/ In & Out Auto, LLC**
Nonpriority Creditor's Name

**6829 Smithfield Road**
Number        Street

_____

**North Richland Hills    TX    76182**
City                          State   ZIP Code

**Who incurred the debt?**    Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**2005 Chevrolet Colorado VIN ending 1904**

**Last 4 digits of account number    9    5    9    A**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
    **Deficiency balance on previously secured account**

### 4.42

**$19,960.12**

**First Place Auto/ In & Out Auto, LLC**
Nonpriority Creditor's Name

**6829 Smithfield Road**
Number        Street

_____

**North Richland Hills    TX    76182**
City                          State   ZIP Code

**Who incurred the debt?**    Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**2006 Chevrolet Colorodo VIN ending 0526**

**Last 4 digits of account number    1    8    9    1**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
    **Deficiency balance on previously secured account**

Debtor 1 **Dwayne Paul Bridges**

Debtor 2 **Dana Michelle Bridges**                Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

| 4.43 | | **$24,759.13** |
|---|---|---|

**First Place Auto/ In & Out Auto, LLC**
Nonpriority Creditor's Name

**6829 Smithfield Road**
Number        Street

_____

**North Richland Hills     TX     76182**
City                    State    ZIP Code

**Who incurred the debt?**     Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**2008 Ford F150 VIN ending 5591**

**Last 4 digits of account number**     **1   8   7   8**

**When was the debt incurred?**     _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Deficiency balance on previously secured account**

| 4.44 | | **Unknown** |
|---|---|---|

**First Place Auto/ In & Out Auto, LLC**
Nonpriority Creditor's Name

**6829 Smithfield Road**
Number        Street

_____

**North Richland Hills     TX     76182**
City                    State    ZIP Code

**Who incurred the debt?**     Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**2008 Chevrolet Colordo VIN 416**

**Last 4 digits of account number**     **1   6   3   3**

**When was the debt incurred?**     _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Deficiency balance on previously secured account**

| | |
|---|---|
| Debtor 1 | **Dwayne Paul Bridges** |
| Debtor 2 | **Dana Michelle Bridges** |

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.45**

**First Premier Mastecard**
Nonpriority Creditor's Name
**PO Box 5529**
_____
Number      Street

_____

**Sioux Falls          SD      57117-5529**
City                     State     ZIP Code

**Who incurred the debt?**      Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number    4   3   9   4**

**When was the debt incurred?**      _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Account**

**$379.47**

---

**4.46**

**First Premier Mastecard**
Nonpriority Creditor's Name
**PO Box 5529**
_____
Number      Street

_____

**Sioux Falls          SD      57117-5529**
City                     State     ZIP Code

**Who incurred the debt?**      Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number    8   0   6   2**

**When was the debt incurred?**      _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Account**

**$215.67**

---

Debtor 1 **Dwayne Paul Bridges**
Debtor 2 **Dana Michelle Bridges**

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.47**

**First Premier Mastecard**
Nonpriority Creditor's Name
**PO Box 5529**
Number          Street

_____

**Sioux Falls          SD      57117-5529**
City                        State      ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number    0   1   7   9**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Account**

**$606.62**

---

**4.48**

**First Premier Mastercard**
Nonpriority Creditor's Name
**PO Box 5529**
Number          Street

_____

**Sioux Falls          SD      57117-5529**
City                        State      ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number    2   3   2   6**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Account**

**$814.63**

---

Debtor 1 **Dwayne Paul Bridges**

Debtor 2 **Dana Michelle Bridges**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.49

$1,575.51

**First Savings Bank**
Nonpriority Creditor's Name
**Blaze Mastercard**
Number        Street
**c/o RGS Financial, Inc.**

**PO Box 852039**

**Richardson        TX        75085-2039**
City                State        ZIP Code

**Who incurred the debt?**    Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **9    5    8    4**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Credit Account**

4.50

$1,771.96

**First Savings Credit Mastercard**
Nonpriority Creditor's Name
**PO Box 2509**
Number        Street

_____

**Omaha        NE        68103-2509**
City                State        ZIP Code

**Who incurred the debt?**    Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **3    0    3    3**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Credit Account**

Debtor 1 **Dwayne Paul Bridges**

Debtor 2 **Dana Michelle Bridges** _____ Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.51 | | **Unknown** |

**Fleetmatics USA LLC**
Nonpriority Creditor's Name
**1100 Winter Street, Ste 4600**
Number        Street
_____

**Waltham**            **MA**    **02451**
City                      State    ZIP Code

**Who incurred the debt?**   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**contract/lease for vehicle tracking systems**

Last 4 digits of account number    **6    2    5    1**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
  **Corporate debt**

| 4.52 | | **$8,560.28** |

**Gandermountaine Mastercard**
Nonpriority Creditor's Name
**PO Box 659569**
Number        Street
_____

**San Antonio**          **TX**    **78265-9569**
City                      State    ZIP Code

**Who incurred the debt?**   Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **4    9    6    8**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
  **Credit Account**

Debtor 1 **Dwayne Paul Bridges**
Debtor 2 **Dana Michelle Bridges**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

**4.53**                                             **$100.23**

**Geico Indemnity Company**
Nonpriority Creditor's Name
**c/o CCS**
Number          Street
**Payment Processing Center**

**PO Box 55126**

**Boston**          **MA**    **02205-5126**
City            State     ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **4**    **8**    **5**    **9**
**When was the debt incurred?**              _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Insurance premiums**

**4.54**                                             **Unknown**

**Gene De Bullet & Associates**
Nonpriority Creditor's Name
**2315 N. Main Street,**
Number          Street
**Ste 300**


**Fort Worth**         **TX**    **76164**
City            State     ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    __   __   __   __
**When was the debt incurred?**              _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Attorneys fees**

**Ignacio Diaz and Leila Delgado vs. Dwayne Bridges and Dana Bridges, Individually and as next friend of Landon Bridges; Case No. 2015-002861-3**

Debtor 1 **Dwayne Paul Bridges**
Debtor 2 **Dana Michelle Bridges**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

**4.55**

| | **$1,039.00** |

**Hawk Security**
Nonpriority Creditor's Name
**My Alarm Center**
Number      Street
**3803 West Chester Pike, Ste 100**

_____
**Newton Square      PA      19073**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **0   4   8   1**
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Services Rendered**

**site address:  628 Destin Dr., Fort Worth, Texas  76131-4255**

**4.56**

| | **Unknown** |

**Hays Potter & Martin LLP**
Nonpriority Creditor's Name
**c/o James W. Hays**
Number      Street
**3945 Holcomb Bridge Road, Ste 300**

_____
**Peachtree Corners      GA      30092**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Attorneys fees**

**IOU Central, Inc. vs. License to Chill Heating & Air Inc. d/b/a Just Chillin Heating and Dwayne Bridges; Case No. 19-A-477**

Debtor 1 **Dwayne Paul Bridges**

Debtor 2 **Dana Michelle Bridges**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.57 | |
|---|---|

**Unknown**

**Healthport**
Nonpriority Creditor's Name
**PO Box 409740**
Number      Street

Last 4 digits of account number  __ __ __ __

When was the debt incurred?      _____

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Atlanta**                  **GA**    **30384-9740**
City                      State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **medical Expense; Letter of Protection**

| 4.58 | |
|---|---|

**$39,288.00**

**Ignacio Diaz & Leila Delgado**
Nonpriority Creditor's Name
**c/o Jim Zadeh, PC**
Number      Street
**115 W. 2nd Street. Ste 201**

Last 4 digits of account number  __ __ __ __

When was the debt incurred?      _____

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Fort Worth**                **TX**    **76102**
City                      State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Judgment; personal injury**

**Ignacio Diaz and Leila Delgado vs. Dwayne Bridges and Dana Bridges, Individually and as next friend of Landon Bridges**
**Case No. 2015-002861-3**

Debtor 1 **Dwayne Paul Bridges**
Debtor 2 **Dana Michelle Bridges**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.59

**$219.16**

**Indigo Mastercard**
Nonpriority Creditor's Name
**PO Box 205458**
Number        Street
_____

**Dallas            TX      75320-5458**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **4   0   2   3**
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit Account**

4.60

**$80,986.54**

**IOU Central, Inc.**
Nonpriority Creditor's Name
**600 Town Park Lane**
Number        Street
**Suite 100**

**Kennesaw            GA      30144**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **9   5   0   2**
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Corporate debt- personal guarantor**

**IOU Central, Inc. vs. License to Chill Heating & Air Inc. d/b/a Just Chillin Heating and Dwayne Bridges; Case No. 19-A-477**

Debtor 1    **Dwayne Paul Bridges**

Debtor 2    **Dana Michelle Bridges**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.61**

**Jefferson Capital Systems, LLC**
Nonpriority Creditor's Name
**c/o Dynamic Recovery Solutions**
Number        Street
**PO Box  25759**

**Greenville        SC      29616-0759**
City                State      ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **9   9   5   5**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
    **Credit Account**

**$557.21**

**4.62**

**Jefferson Capital Systems, LLC**
Nonpriority Creditor's Name
**c/o Alpha Recovery Corp.**
Number        Street
**6912 S. Quentin St., Unit 10**

**Centennial        CO      80012**
City                State      ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Fingerhut**

Last 4 digits of account number   **2   1   1   3**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
    **Credit Account**

**$1,423.24**

Debtor 1   **Dwayne Paul Bridges**
Debtor 2   **Dana Michelle Bridges**                                   Case number (if known) _____

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.63 | | $557.21 |

**Jefferson Capital Systems, LLC**
Nonpriority Creditor's Name
**16 McLeland Road**
Number        Street
_____

**Saint Cloud**          **MN**    **56303**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **9   9   5   5**
**When was the debt incurred?**         _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Account**

---

| 4.64 | | Unknown |

**Jim Zadeh, PC**
Nonpriority Creditor's Name
**115 W. 2nd Street, Ste 201**
Number        Street
_____

**Fort Worth**          **TX**    **76102**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    ___  ___  ___  ___
**When was the debt incurred?**         _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Attorneys fees**

**Ignacio Diaz and Leila Delgado vs. Dwayne Bridges and Dana Bridges, Individually and as next friend of Landon Bridges; Case No. 2015-002861-3**

Debtor 1 **Dwayne Paul Bridges**
Debtor 2 **Dana Michelle Bridges**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.65 | | **$370.50** |

**John J. McNeff, DDS**
Nonpriority Creditor's Name
**5920 Watauga Road**
Number          Street

_____

**Watauga**          **TX**     **76148**
City                State   ZIP Code

**Who incurred the debt?**     Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number     **0** **2** **2** **0**

**When was the debt incurred?**     _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Medical Expense**

| 4.66 | | **$55.08** |

**Laboratory Corporation of America**
Nonpriority Creditor's Name
**c/o AMCA**
Number     Street
**PO Box 1235**

_____

**Elmsford**          **NY**     **10523-0935**
City                State   ZIP Code

**Who incurred the debt?**     Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number     **4** **2** **8** **0**

**When was the debt incurred?**     _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Medical Expense**

Debtor 1   **Dwayne Paul Bridges**
Debtor 2   **Dana Michelle Bridges**
_____   Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.67**

**$1,675.35**

**Legacy Visa**
Nonpriority Creditor's Name
**PO Box 2496**
Number     Street
_____

**Omaha**              **NE**     **68103-2509**
City                    State      ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **0   9   4   1**
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Credit Account**

**4.68**

**$41,280.07**

**Lennox Industries, Inc.**
Nonpriority Creditor's Name
**c/o Patrick J. Schurr**
Number     Street
**Scheef & Stone, LLP**

**2600 Network Blvd, Ste 400**

**Frisco**              **TX**     **75035**
City                    State      ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **7   7   5   6**
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Judgment: Corporate debt- personal guarantor**

**Lennox Industries, Inc. vs. Dewayne Bridges and License to Chill Heating and Air, Inc. d/b/a Just Chillin Heating & Air; Case No. DC-17-14995**

Debtor 1 **Dwayne Paul Bridges**
Debtor 2 **Dana Michelle Bridges**                                          Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.69

**Unknown**

**Linebarger, Goggan, Blair & Sampson**
Nonpriority Creditor's Name
**Bankruptcy Dept.**
Number    Street
**100 Throckmorton**

_____

**Fort Worth          TX      76102**
City                 State   ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Attorneys fees**

**City of Fort Worth et al vs. Dwayne Paul Bridges; Case No. 348-D17392-18**

4.70

**$386.84**

**LVNV Funding LLC**
Nonpriority Creditor's Name
**c/o Allied Interstate**
Number    Street
**PO Box 361445**

_____

**Columbus          OH      43236**
City                 State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ 7 8 8
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Credit Account**

Debtor 1    **Dwayne Paul Bridges**
Debtor 2    **Dana Michelle Bridges**                                  Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

**4.71**

| | **$1,067.96** |

**LVNV Funding, LLC**
Nonpriority Creditor's Name
**c/o Halsted Financial Services, LLC**
Number    Street
**PO Box 828**

**Skokie**            **IL**      **60076**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **4  4  9  2**
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Credit Account**

**4.72**

| | **Unknown** |

**Mark Dirnberger D.O. P.A.**
Nonpriority Creditor's Name
**Attn # 15558C**
Number    Street
**PO Box 14000**

**Belfast**            **ME**      **04915**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **1  2  0  1**
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical Expense; Letter of Protection**

Debtor 1 **Dwayne Paul Bridges**

Debtor 2 **Dana Michelle Bridges**

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

4.73

**$7,657.03**

**Mary M. Hudgens, PLLC**
Nonpriority Creditor's Name
**CPA**
Number     Street
**935 W. Glade Road**

**Hurst, Texasd  76054**

City                State     ZIP Code

**Who incurred the debt?**   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**preparation of 2016 and 2017 tax returns**

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Corporate debt**

---

4.74

**$2,399.58**

**Medcredit**
Nonpriority Creditor's Name
**PO Box 1629**
Number     Street

**Maryland Heights       MO     63043**
City                State     ZIP Code

**Who incurred the debt?**   Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  6  4  6  1

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Medical Expense**

---

Debtor 1 **Dwayne Paul Bridges**

Debtor 2 **Dana Michelle Bridges**

Case number (if known) _____

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.75

**Medical Center Alliance**
Nonpriority Creditor's Name
**10030 N. Macarthur Blvd.**
Number        Street

_____

**Irving           TX      75063-5001**
City              State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Unknown**

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **medical Expense; Letter of Protection**

---

### 4.76

**Merrick Bank**
Nonpriority Creditor's Name
**PO Box 9201**
Number        Street

_____

**Old Bethpage       NY     11804**
City              State    ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$1,371.66**

**Last 4 digits of account number**  **8   2   9   5**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Account**

---

Debtor 1 **Dwayne Paul Bridges**

Debtor 2 **Dana Michelle Bridges**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.77

**Mid Cities Imaging**
Nonpriority Creditor's Name
**PO Box 83585**
Number      Street
_____

**Richardson      TX      75083**
City                    State      ZIP Code

**Unknown**

Last 4 digits of account number __ __ __ __

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **medical Expense; Letter of Protection**

4.78

**Midland Funding LLC**
Nonpriority Creditor's Name
**c/o Atlantic Credit & Finance Inc.**
Number      Street
**PO Box 13386**
_____

**Roanoke      VA      24033-3386**
City                    State      ZIP Code

**$1,391.85**

Last 4 digits of account number   1   6   1   1

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Account**

Debtor 1 **Dwayne Paul Bridges**
Debtor 2 **Dana Michelle Bridges**
_____ Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.79**

**Milestone**                                                          $227.92
Nonpriority Creditor's Name
**PO Box 84059**
Number      Street
_____

Last 4 digits of account number    3   4   9   8

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Columbus          GA     31908-4059**
City              State   ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Account**

**Is the claim subject to offset?**
☑ No
☐ Yes

**4.80**                                                              $6,593.14

**Northern Leasing Systems**
Nonpriority Creditor's Name
**PO Box 7861**
Number      Street
_____

Last 4 digits of account number    3   0   0   2

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**New York          NY     10116**
City              State   ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Non-Consumer Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**contract/lease for credit card machine**
**Bridges Auto Sales**

Debtor 1 **Dwayne Paul Bridges**

Debtor 2 **Dana Michelle Bridges**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.81 | | **$3,946.00** |
|---|---|---|

**One Main**
Nonpriority Creditor's Name

**PO Box 790368**
Number        Street

_____

**St. Louis            MO      63179-0368**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **7   9   6   5**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Personal Loan**

| 4.82 | | **$354.87** |
|---|---|---|

**Orion Portfolio Services, II LLC**
Nonpriority Creditor's Name

**c/o Transworld Systems, Inc.**
Number     Street

**PO Box 15095**

_____

**Wilmington            DE      19850-5095**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **1   4   3   2**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Credit Account**

Debtor 1 **Dwayne Paul Bridges**
Debtor 2 **Dana Michelle Bridges**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

Total claim

---

**4.83**

**$330.00**

**Paramount Recovery Systems**
Nonpriority Creditor's Name
**7524 Bosque Blvd, Ste L**
Number        Street

_____

**Robinson          TX      76706**
City                State      ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   8   7   3   3

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify  **Medical Expense**

---

**4.84**

**$191.00**

**Paramount Recovery Systems**
Nonpriority Creditor's Name
**7524 Bosque Blvd, Ste L**
Number        Street

_____

**Waco              TX      76712**
City                State      ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   8   7   3   4

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify  **Medical Expense**

---

Debtor 1   **Dwayne Paul Bridges**
Debtor 2   **Dana Michelle Bridges**
                                                          Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.85 |

**$0.00**

**Pay Pal Mastercard**
Nonpriority Creditor's Name
**2211 North First Street**
Number        Street
_____

**San Jose**                **CA**    **95131**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **1   6   1   0**
**When was the debt incurred?**      _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Credit Account**

| 4.86 |

**$4,997.00**

**Phoenix Financial Services**
Nonpriority Creditor's Name
**8908 Otis Ave., Suite 103A**
Number        Street
_____

**Indianaoplis**             **IN**    **46216**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **1   8   9   6**
**When was the debt incurred?**      _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Medical Expense**

Debtor 1   **Dwayne Paul Bridges**
Debtor 2   **Dana Michelle Bridges**
_____   Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

---

**4.87**

**$1,974.09**

**Portfolio Recovery Associates, LLC**
Nonpriority Creditor's Name
**PO Box 12914**
Number        Street
_____

**Norfolk**                **VA**     **23541**
City                       State   ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **3   5   3   2**
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Credit Account**

---

**4.88**

**$860.95**

**Portfolio Recovery Associates, LLC**
Nonpriority Creditor's Name
**Attn: AYR**
Number        Street
**140 Corporate Blvd**
_____

**Norfolk**                **VA**     **23502**
City                       State   ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amazon**

Last 4 digits of account number    **4   0   6   3**
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Credit Account**

---

Debtor 1   **Dwayne Paul Bridges**
Debtor 2   **Dana Michelle Bridges**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.89**

$297.80

**Protection 1**
Nonpriority Creditor's Name
**PO Box 219044**
Number      Street

_____

**Kansas City            MO      64121-9044**
City                    State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **1   0   8   1**
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Corporate debt**

**4.90**

$33.00

**Radiology Associates of North Texas**
Nonpriority Creditor's Name
**PO Box 1723**
Number      Street

_____

**Indianapolis            IN      46206-1723**
City                    State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **T   C   R   A**
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Medical Expense**

Debtor 1 **Dwayne Paul Bridges**
Debtor 2 **Dana Michelle Bridges**
_____ Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

| 4.91 | | **Unknown** |

**Rausch Sturm**
Nonpriority Creditor's Name
**15660 North Dallas Parkway**
Number          Street
**Ste 350**

**Dallas**                 **TX**     **75248**
City                      State     ZIP Code

**Who incurred the debt?**     Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Attorneys fees**

**Synchrony Bank vs. Dana Bridges; Case No. DC2-19-1459**

| 4.92 | | **Unknown** |

**Rent to Own**
Nonpriority Creditor's Name
**PO Box 1717**
Number          Street

**Denton**                 **TX**     **76202**
City                      State     ZIP Code

**Who incurred the debt?**     Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Corporate debt- personal guarantor**

**contract/lease: 40 HC Container**

Debtor 1   **Dwayne Paul Bridges**
Debtor 2   **Dana Michelle Bridges**
_____   Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

| 4.93 | | | $146.09 |

**Republic Svcs-Arlington #794**
Nonpriority Creditor's Name
**PO Box 78829**
Number        Street
_____

**Phoenix                    AZ       85062-8829**
City                         State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number    8   7   0   0**
**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Corporate debt**

---

| 4.94 | | | **Unknown** |

**Richard J. Scott, Attorney**
Nonpriority Creditor's Name
**801 East Campbell Road, Ste 165**
Number        Street
_____

**Richardson                  TX       75018**
City                         State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number    __  __  __  __**
**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Corporate debt**

---

Debtor 1 **Dwayne Paul Bridges**

Debtor 2 **Dana Michelle Bridges**

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.95**

**Unknown**

**Scott & Associates, PC**
Nonpriority Creditor's Name
**Attorneys at Law**
Number     Street
**PO Box 115220**

**Carrollton          TX     75011-5220**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **2   0   1   9**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
     **Attorneys fees**

**Capital One vs. Dwayne P. Bridges; Case No. DC2-19-1764**

---

**4.96**

**Unknown**

**Scott & Associates, PC**
Nonpriority Creditor's Name
**Attorneys at Law**
Number     Street
**PO Box 113297**

**Carrollton          TX     75011-3297**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **5   1   4   2**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
     **Attorneys fees**

**Capital One vs. Dwayne P. Bridges; Case No. DC2-19-1782**

---

Debtor 1    **Dwayne Paul Bridges**

Debtor 2    **Dana Michelle Bridges**                                            Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---------|------------------------------------------------------|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.97 | | **Unknown** |

**Sheef & Stone, LLP**
Nonpriority Creditor's Name
**Patrick J. Schurn**
Number        Street
**2600 Network Blvd,**

**Ste 400**

**Frisco**            **TX**    **75034**
City                 State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Attorneys fees**

**Lennox Industries, Inc. vs. Dewayne Bridges and License to Chill Heating and Air, Inc. d/b/a Just Chillin Heating & Air; Case No. DC-17-14995**

| 4.98 | | **Unknown** |

**Sheffield**
Nonpriority Creditor's Name
**PO Box 580229**
Number        Street

_____

**Charlotte**         **NC**   **28258-0889**
City                 State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**2016 CAM AM Maverick ATV**

**Last 4 digits of account number** **0 9 8 4**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Deficiency balance on previously secured account**

Debtor 1   **Dwayne Paul Bridges**

Debtor 2   **Dana Michelle Bridges**           Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

---

### 4.99

**Synchrony Bank/JC Penneys**
Nonpriority Creditor's Name
**PO Box 965009**

Number      Street

_____

**Orlando**      **FL**    **32896-5009**
City            State    ZIP Code

**Who incurred the debt?**    Check one.

- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**$1,093.43**

Last 4 digits of account number   **6**   **3**   **2**   **3**

**When was the debt incurred?**      _____

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Credit Account**

**Synchrony Bank vs. Dana Bridges; Case No. DC2-19-1459**

---

### 4.100

**Tarrant County Tax Collector**
Nonpriority Creditor's Name
**100 E Weatherford St**

Number      Street

_____

**Fort Worth**      **TX**    **76196**
City            State    ZIP Code

**Who incurred the debt?**    Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**$1,222.76**

Last 4 digits of account number   **2**   **9**   **9**   **2**

**When was the debt incurred?**      _____

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Corporate debt**

**2017 business personal property tangible commerical tax liability**

Debtor 1 **Dwayne Paul Bridges**

Debtor 2 **Dana Michelle Bridges**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.101 | | **$958.61** |
|---|---|---|

**Tarrant County Tax Collector**
Nonpriority Creditor's Name
**100 E Weatherford St**
Number        Street

_____

**Fort Worth          TX      76196**
City                        State      ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Corporate debt**

**2018 business personal property tangible commerical tax liability**

| 4.102 | | **Unknown** |
|---|---|---|

**Texas Back Institute**
Nonpriority Creditor's Name
**6020 W. Parker Road, Ste 200**
Number        Street

_____

**Plano          TX      75093**
City                        State      ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **medical Expense; Letter of Protection**

Debtor 1    **Dwayne Paul Bridges**
Debtor 2    **Dana Michelle Bridges**
                                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

| 4.103 | | $151.57 |

**Texas Health Resources**
Nonpriority Creditor's Name
**500 E. Border Street #130**
_____
Number        Street
_____

**Arlington            TX      76010**
City                        State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number    3    3    1    7**

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Medical Expense**

| 4.104 | | $759.29 |

**Texas Health Resources**
Nonpriority Creditor's Name
**Payment Processing Center**
Number    Street
**PO Box 733546**
_____

**Dallas                TX      75373-3546**
City                        State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number    8    4    6    2**

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Medical Expense**

Debtor 1 **Dwayne Paul Bridges**

Debtor 2 **Dana Michelle Bridges**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.105 | | $952.00 |
|---|---|---|

**Texas Medicine Resources**
Nonpriority Creditor's Name
**PO Box 8549**
_____
Number        Street
_____

**Fort Worth**        **TX**    **76124-0549**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **4  9  7  6**
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Medical Expense**

| 4.106 | | $128.00 |
|---|---|---|

**Texas Radiology Associates**
Nonpriority Creditor's Name
**c/o Synerprise Consulting**
_____
Number        Street
**5651 Broadmoor**
_____

**Mission**            **KS**    **66202**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **6  4  9  9**
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Medical Expense**

Debtor 1   **Dwayne Paul Bridges**
Debtor 2   **Dana Michelle Bridges**
_____   Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

**4.107**
$115.00

**Texas Radiology Associates**
Nonpriority Creditor's Name
**c/o Synerprise Consulting**
Number       Street
**5651 Broadmoor**
_____
_____
**Mission**              **KS**    **66202**
City                     State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **6    4    9    9**
**When was the debt incurred?**       _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Medical Expense**

**4.108**
$247.86

**Total**
Nonpriority Creditor's Name
**PO Box 88940**
Number       Street
_____
_____
**Sioux Falls**          **SD**    **57109**
City                     State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **4    0    8    2**
**When was the debt incurred?**       _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Credit Account**

Debtor 1 **Dwayne Paul Bridges**

Debtor 2 **Dana Michelle Bridges**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.109

**$104.24**

**Total Visa**
Nonpriority Creditor's Name

**PO Box 89940**
Number        Street

_____

**Sioux Falls**        **SD**    **57109**
City                        State     ZIP Code

**Who incurred the debt?**    Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**    **1  8  1  1**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Credit Account**

### 4.110

**$12,471.69**

**Toyota Financial**
Nonpriority Creditor's Name

**PO Box 5236**
Number        Street

_____

**Carol Stream**        **IL**    **60197-5236**
City                        State     ZIP Code

**Who incurred the debt?**    Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**deficiency balance: 2016 Toyota Sequioq**

**Last 4 digits of account number**    **4  3  1  9**

**When was the debt incurred?**    **10/3/15**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Deficiency balance on previously secured account**

Debtor 1 **Dwayne Paul Bridges**

Debtor 2 **Dana Michelle Bridges**

Case number (if known) _____

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.111 | | **$3,586.00** |

**U.S. Anesthesia Partners**
Nonpriority Creditor's Name
**c/o Synerprise Consulting**
Number        Street
**5651 Broadmoor**

**Mission**            **KS**    **66202**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  **2   2   2   8**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Medical Expense**

| 4.112 | | **$1,824.00** |

**U.S. Anesthesia Partners**
Nonpriority Creditor's Name
**c/o Synerprise Consulting**
Number        Street
**5651 Broadmoor**

**Mission**            **KS**    **66202**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  **2   2   2   8**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Medical Expense**

Debtor 1 **Dwayne Paul Bridges**
Debtor 2 **Dana Michelle Bridges**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.113 | | $1,596.00 |
| --- | --- | --- |

**U.S. Anethesia Partners**
Nonpriority Creditor's Name
**c/o Synerprise Consulting**
Number    Street
**5651 Broadmoor**
_____

**Mission**                    **KS**    **66202**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 2 2 2 8
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
     **Medical Expense**

| 4.114 | | **Unknown** |
| --- | --- | --- |

**United Joint & Spine Institute**
Nonpriority Creditor's Name
**5651 E. Lancaster Ave #200**
Number    Street
_____

**Fort Worth**                  **TX**    **76112**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Auto Accident: 11/15/15**

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
     **medical Expense; Letter of Protection**

Debtor 1  **Dwayne Paul Bridges**
Debtor 2  **Dana Michelle Bridges**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

| Total claim |
| --- |

**4.115**

**$1,100.87**

**United Revenue Corp**
Nonpriority Creditor's Name
**204 Billings Street, Ste 120**
Number      Street
_____

**Arlington**          **TX**      **76010**
City                         State      ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **6  8  2  0**
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical Expense**

**4.116**

**$738.15**

**United Revenue Corp**
Nonpriority Creditor's Name
**204 Billings Street, Ste 120**
Number      Street
_____

**Arlington**          **TX**      **76010**
City                         State      ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **2  4  8  6**
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical Expense**

Debtor 1   **Dwayne Paul Bridges**
Debtor 2   **Dana Michelle Bridges**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.117

**United Revenue Corp**
Nonpriority Creditor's Name
**204 Billings Street, Ste 120**
Number    Street
_____

**Arlington**     **TX**    **76010**
City       State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$1,104.77**

Last 4 digits of account number   **2**   **4**   **8**   **7**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Medical Expense**

### 4.118

**United Revenue Corp**
Nonpriority Creditor's Name
**204 Billings Street, Ste 120**
Number    Street
_____

**Arlington**     **TX**    **76010**
City       State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$635.00**

Last 4 digits of account number   **8**   **7**   **9**   **3**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Medical Expense**

Debtor 1 **Dwayne Paul Bridges**
Debtor 2 **Dana Michelle Bridges**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.119 | | **$947.00** |

**United Revenue Corp**
Nonpriority Creditor's Name
**204 Billings Street, Ste 120**
Number        Street
_____

**Arlington          TX      76010**
City                State    ZIP Code

Last 4 digits of account number    **6    9    7    3**

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Medical Expense**

| 4.120 | | **$423.00** |

**United Revenue Corp**
Nonpriority Creditor's Name
**204 Billings Street, Ste 120**
Number        Street
_____

**Arlington          TX      76010**
City                State    ZIP Code

Last 4 digits of account number    **5    1    9    2**

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Medical Expense**

Debtor 1 **Dwayne Paul Bridges**
Debtor 2 **Dana Michelle Bridges**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.121**

**United Revenue Corp**
Nonpriority Creditor's Name
**204 Billings Street, Ste 120**
Number        Street
_____

**Arlington            TX      76010**
City                        State      ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    9   8   8   3
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
    **Medical Expense**

**$250.00**

**4.122**

**United Revenue Corp**
Nonpriority Creditor's Name
**204 Billings Street, Ste 120**
Number        Street
_____

**Arlington            TX      76010**
City                        State      ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    9   8   8   2
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
    **Medical Expense**

**$550.18**

Debtor 1   **Dwayne Paul Bridges**
Debtor 2   **Dana Michelle Bridges**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.123**

**$661.00**

**United Revenue Corp**
Nonpriority Creditor's Name
**204 Billings Street, Ste 120**
Number   Street

_____

**Arlington**    **TX**   **76010**
City     State   ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **9**  **0**  **1**  **2**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical Expense**

---

**4.124**

**$635.00**

**United Revenue Corp**
Nonpriority Creditor's Name
**204 Billings Street, Ste 120**
Number   Street

_____

**Arlington**    **TX**   **76010**
City     State   ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **4**  **0**  **1**  **2**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical Expense**

Debtor 1 **Dwayne Paul Bridges**
Debtor 2 **Dana Michelle Bridges**

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.125 | | **$947.47** |

**United Revenue Corp**
Nonpriority Creditor's Name
**204 Billings Street, Ste 120**
Number        Street

_____

**Arlington            TX      76010**
City                      State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    0   8   2   2
**When was the debt incurred?**       _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical Expense**

| 4.126 | | **$738.00** |

**United Revenue Corp**
Nonpriority Creditor's Name
**204 Billings Street, Ste 120**
Number        Street

_____

**Arlington            TX      76010**
City                      State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    5   1   9   1
**When was the debt incurred?**       _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical Expense**

Debtor 1  **Dwayne Paul Bridges**
Debtor 2  **Dana Michelle Bridges**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.127**

**United Revenue Corp**
Nonpriority Creditor's Name
**204 Billings Street, Ste 120**
Number        Street
_____

**$423.00**

Last 4 digits of account number   **2   4   6   5**

When was the debt incurred?   _____

**Arlington            TX      76010**
City                  State    ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**   Check one.

☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
  **Medical Expense**

---

**4.128**

**United Revenue Corp**
Nonpriority Creditor's Name
**204 Billings Street, Ste 120**
Number        Street
_____

**$1,254.04**

Last 4 digits of account number   **7   1   9   2**

When was the debt incurred?   _____

**Arlington            TX      76010**
City                  State    ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**   Check one.

☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
  **Medical Expense**

---

Debtor 1 **Dwayne Paul Bridges**
Debtor 2 **Dana Michelle Bridges**

Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.129

**Unknown**

**Urology Associates of North Texas**
Nonpriority Creditor's Name
**Medical Records Dept.**
Number    Street
**900 Airport Freeway, Ste158**

_____

**Hurst                    TX      76054**
City                        State      ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **medical Expense; Letter of Protection**

4.130

**$4,119.50**

**US Auto Credit**
Nonpriority Creditor's Name
**PO Box 57545**
Number    Street

_____

**Jacksonville              FL      32241**
City                        State      ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**2008 Honda Civic**
**balance owed after insurance claim paid**

**Last 4 digits of account number** **8   1   0   6**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Deficiency balance on previously secured account**

Debtor 1   **Dwayne Paul Bridges**
Debtor 2   **Dana Michelle Bridges**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

4.131

| | **$7,111.60** |

**Verizon Connect KFA Fleetmatics**
Nonpriority Creditor's Name
**c/o Guest & Associates, PC**
Number    Street
**PO Box 696**

**DeKalb**          **TX**    **75559**
City              State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Corporate Debt - Notice Only**

4.132

| | **$251.65** |

**Woodhills Labs**
Nonpriority Creditor's Name
**7589 Preston Road**
Number    Street
**Ste 700**

**Frisco**          **TX**    **75034-5675**
City              State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  __8__ __9__ __4__ __1__
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical Expense**

Debtor 1 **Dwayne Paul Bridges**
Debtor 2 **Dana Michelle Bridges**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

| 4.133 | | $179.08 |

**Woodhills Labs**
Nonpriority Creditor's Name
**7589 Preston Road**
Number      Street
**Ste 700**

**Frisco**          **TX**    **75034-5675**
City                State    ZIP Code

**Who incurred the debt?**    Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    **9   8   0   1**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Medical Expense**

| Debtor 1 | **Dwayne Paul Bridges** | | |
| Debtor 2 | **Dana Michelle Bridges** | Case number (if known) | |

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. **Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only. 28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.**

**Total claim**

**Total claims from Part 1**

| | | | |
|---|---|---|---|
| 6a. | **Domestic support obligations** | 6a. | $0.00 |
| 6b. | **Taxes and certain other debts you owe the government** | 6b. | $0.00 |
| 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| 6d. | **Other.**  Add all other priority unsecured claims.  Write that amount here. | 6d. + | $0.00 |
| 6e. | **Total.**  Add lines 6a through 6d. | 6d. | $0.00 |

**Total claim**

**Total claims from Part 2**

| | | | |
|---|---|---|---|
| 6f. | **Student loans** | 6f. | $0.00 |
| 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| 6i. | **Other.**  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. + | $589,049.03 |
| 6j. | **Total.**  Add lines 6f through 6i. | 6j. | $589,049.03 |

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Dwayne** First Name | **Paul** Middle Name | **Bridges** Last Name |
| Debtor 2 (Spouse, if filing) | **Dana** First Name | **Michelle** Middle Name | **Bridges** Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known) _____

☐ Check if this is an amended filing

---

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | | State what the contract or lease is for |
|---|---|---|---|
| 2.1 | **Fleetmatics USA LLC** Name **1100 Winter Street, Ste 4600** Number     Street | | vehicle tracking systems **Contract to be REJECTED** **Contract is in DEFAULT** |
| | **Waltham**                **MA**     **02451** City                              State     ZIP Code | | |
| 2.2 | **Hawk Security** Name **My Alarm Center** Number     Street **3803 West Chester Pike, Ste 100** | | security service agreement **Contract to be REJECTED** **Contract is in DEFAULT** |
| | **Newton Square**          **PA**     **19073** City                              State     ZIP Code | | |
| 2.3 | **Northern Leasing Systems** Name **525 Washington Blvd, 15th Floor** Number     Street | | credit card machine **Contract to be REJECTED** **Contract is in DEFAULT** |
| | **Jersey City**            **NJ**     **07310** City                              State     ZIP Code | | |

**Fill in this information to identify your case:**

| Debtor 1 | Dwayne | Paul | Bridges |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | Dana | Michelle | Bridges |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*

   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No
   ☑ Yes

   In which community state or territory did you live? **Texas** Fill in the name and current address of that person.

   **Dana Michelle Bridges**
   Name of your spouse, former spouse, or legal equivalent
   **920 Lynch Bend Rd.**
   Number      Street

   _____

   **Springtown**                    **TX**        **76082**
   City                                State      ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

   *Column 1:* **Your codebtor**                     *Column 2:* **The creditor to whom you owe the debt**

   Check all schedules that apply:

   | 3.1 | **Landon Bridges** |
   |---|---|
   | | Name |

   **920 Lynch Bend Road**
   Number      Street

   _____

   **Springtown**                    **TX**        **76082**
   City                                State      ZIP Code

   ☑ Schedule D, line   **2.3**
   ☐ Schedule E/F, line _____
   ☐ Schedule G, line _____
   **Chrysler Capital**

Debtor 1 **Dwayne Paul Bridges**

Debtor 2 **Dana Michelle Bridges**

Case number (if known) _____

---

██  **Additional Page to List More Codebtors**

---

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.2 | **License to Chill Heating & Air, Inc.** |
|-----|---|

Name

**dba Just Chilling Heating and Air**

Number        Street

**Ste 201**

**Springtown**                 **TX**      **76082-2916**

City                               State       ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.2**

☐ Schedule G, line _____

**ADT**

| 3.3 | **License to Chill Heating & Air, Inc.** |
|-----|---|

Name

**dba Just Chilling Heating and Air**

Number        Street

**Ste 201**

**Springtown**                 **TX**      **76082-2916**

City                               State       ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.4**

☐ Schedule G, line _____

**Ally Financial**

| 3.4 | **License to Chill Heating & Air, Inc.** |
|-----|---|

Name

**dba Just Chilling Heating and Air**

Number        Street

**Ste 201**

**Springtown**                 **TX**      **76082-2916**

City                               State       ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.19**

☐ Schedule G, line _____

**Chase**

| 3.5 | **License to Chill Heating & Air, Inc.** |
|-----|---|

Name

**dba Just Chilling Heating and Air**

Number        Street

**Ste 201**

**Springtown**                 **TX**      **76082-2916**

City                               State       ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.20**

☐ Schedule G, line _____

**Chase Bank**

| 3.6 | **License to Chill Heating & Air, Inc.** |
|-----|---|

Name

**dba Just Chilling Heating and Air**

Number        Street

**Ste 201**

**Springtown**                 **TX**      **76082-2916**

City                               State       ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.21**

☐ Schedule G, line _____

**Chase Bank**

| 3.7 | **License to Chill Heating & Air, Inc.** |
|-----|---|

Name

**dba Just Chilling Heating and Air**

Number        Street

**Ste 201**

**Springtown**                 **TX**      **76082-2916**

City                               State       ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.22**

☐ Schedule G, line _____

**Chrysler Capital**

---

Debtor 1   **Dwayne Paul Bridges**
Debtor 2   **Dana Michelle Bridges**

Case number (if known) _____

████   **Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| | |
|---|---|
| **3.8** **License to Chill Heating & Air, Inc.**<br>Name<br>**dba Just Chilling Heating and Air**<br>Number   Street<br>**Ste 201**<br><br>**Springtown**   **TX**   **76082-2916**<br>City   State   ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line  **4.23**<br>☐ Schedule G, line _____<br>**Chrysler Capital** |
| **3.9** **License to Chill Heating & Air, Inc.**<br>Name<br>**dba Just Chilling Heating and Air**<br>Number   Street<br>**Ste 201**<br><br>**Springtown**   **TX**   **76082-2916**<br>City   State   ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line  **4.24**<br>☐ Schedule G, line _____<br>**Chrysler Capital** |
| **3.10** **License to Chill Heating & Air, Inc.**<br>Name<br>**dba Just Chilling Heating and Air**<br>Number   Street<br>**Ste 201**<br><br>**Springtown**   **TX**   **76082-2916**<br>City   State   ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line  **4.25**<br>☐ Schedule G, line _____<br>**Chrysler Capital** |
| **3.11** **License to Chill Heating & Air, Inc.**<br>Name<br>**dba Just Chilling Heating and Air**<br>Number   Street<br>**Ste 201**<br><br>**Springtown**   **TX**   **76082-2916**<br>City   State   ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line  **4.26**<br>☐ Schedule G, line _____<br>**Chrysler Capital** |
| **3.12** **License to Chill Heating & Air, Inc.**<br>Name<br>**dba Just Chilling Heating and Air**<br>Number   Street<br>**Ste 201**<br><br>**Springtown**   **TX**   **76082-2916**<br>City   State   ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line  **4.27**<br>☐ Schedule G, line _____<br>**Chrysler Capital** |
| **3.13** **License to Chill Heating & Air, Inc.**<br>Name<br>**dba Just Chilling Heating and Air**<br>Number   Street<br>**Ste 201**<br><br>**Springtown**   **TX**   **76082-2916**<br>City   State   ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line  **4.28**<br>☐ Schedule G, line _____<br>**Cintas** |

Debtor 1 **Dwayne Paul Bridges**
Debtor 2 **Dana Michelle Bridges**

Case number (if known) _____

| | **Additional Page to List More Codebtors** |

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.14** **License to Chill Heating & Air, Inc.**
Name
**dba Just Chilling Heating and Air**
Number          Street
**Ste 201**

**Springtown**                    **TX**        **76082-2916**
City                              State      ZIP Code

☑ Schedule D, line ___**2.6**___
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Direct Capital Corp**

**3.15** **License to Chill Heating & Air, Inc.**
Name
**dba Just Chilling Heating and Air**
Number          Street
**Ste 201**

**Springtown**                    **TX**        **76082-2916**
City                              State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.36**___
☐ Schedule G, line _____
**Diversified Pure Chem**

**3.16** **License to Chill Heating & Air, Inc.**
Name
**dba Just Chilling Heating and Air**
Number          Street
**Ste 201**

**Springtown**                    **TX**        **76082-2916**
City                              State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.51**___
☐ Schedule G, line _____
**Fleetmatics USA LLC**

**3.17** **License to Chill Heating & Air, Inc.**
Name
**dba Just Chilling Heating and Air**
Number          Street
**Ste 201**

**Springtown**                    **TX**        **76082-2916**
City                              State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.56**___
☐ Schedule G, line _____
**Hays Potter & Martin LLP**

**3.18** **License to Chill Heating & Air, Inc.**
Name
**dba Just Chilling Heating and Air**
Number          Street
**Ste 201**

**Springtown**                    **TX**        **76082-2916**
City                              State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.60**___
☐ Schedule G, line _____
**IOU Central, Inc.**

**3.19** **License to Chill Heating & Air, Inc.**
Name
**dba Just Chilling Heating and Air**
Number          Street
**Ste 201**

**Springtown**                    **TX**        **76082-2916**
City                              State      ZIP Code

☑ Schedule D, line ___**2.10**___
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Kubota Credit corp**

Debtor 1 **Dwayne Paul Bridges**
Debtor 2 **Dana Michelle Bridges**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| | | |
|---|---|---|
| **3.20** | **License to Chill Heating & Air, Inc.** Name | ☑ Schedule D, line **2.11** |
| | **dba Just Chilling Heating and Air** Number        Street | ☐ Schedule E/F, line _____ |
| | **Ste 201** | ☐ Schedule G, line _____ |
| | **Springtown**            **TX**        **76082-2916** City                          State        ZIP Code | **Kubota Credit Corp.** |

| | | |
|---|---|---|
| **3.21** | **License to Chill Heating & Air, Inc.** Name | ☐ Schedule D, line _____ |
| | **dba Just Chilling Heating and Air** Number        Street | ☑ Schedule E/F, line **5.8** |
| | **Ste 201** | ☐ Schedule G, line _____ |
| | **Springtown**            **TX**        **76082-2916** City                          State        ZIP Code | **Lennox Ind** |

| | | |
|---|---|---|
| **3.22** | **License to Chill Heating & Air, Inc.** Name | ☐ Schedule D, line _____ |
| | **dba Just Chilling Heating and Air** Number        Street | ☑ Schedule E/F, line **4.68** |
| | **Ste 201** | ☐ Schedule G, line _____ |
| | **Springtown**            **TX**        **76082-2916** City                          State        ZIP Code | **Lennox Industries, Inc.** |

| | | |
|---|---|---|
| **3.23** | **License to Chill Heating & Air, Inc.** Name | ☐ Schedule D, line _____ |
| | **dba Just Chilling Heating and Air** Number        Street | ☑ Schedule E/F, line **4.73** |
| | **Ste 201** | ☐ Schedule G, line _____ |
| | **Springtown**            **TX**        **76082-2916** City                          State        ZIP Code | **Mary M. Hudgens, PLLC** |

| | | |
|---|---|---|
| **3.24** | **License to Chill Heating & Air, Inc.** Name | ☐ Schedule D, line _____ |
| | **dba Just Chilling Heating and Air** Number        Street | ☑ Schedule E/F, line **4.89** |
| | **Ste 201** | ☐ Schedule G, line _____ |
| | **Springtown**            **TX**        **76082-2916** City                          State        ZIP Code | **Protection 1** |

| | | |
|---|---|---|
| **3.25** | **License to Chill Heating & Air, Inc.** Name | ☐ Schedule D, line _____ |
| | **dba Just Chilling Heating and Air** Number        Street | ☑ Schedule E/F, line **4.92** |
| | **Ste 201** | ☐ Schedule G, line _____ |
| | **Springtown**            **TX**        **76082-2916** City                          State        ZIP Code | **Rent to Own** |

Debtor 1 **Dwayne Paul Bridges**

Debtor 2 **Dana Michelle Bridges**

Case number (if known) _____

| | |
|---|---|
| ▉ | **Additional Page to List More Codebtors** |

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.26**

**License to Chill Heating & Air, Inc.**
Name

**dba Just Chilling Heating and Air**
Number       Street

**Ste 201**

**Springtown**          **TX**        **76082-2916**
City                    State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.93**
☐ Schedule G, line _____
**Republic Svcs-Arlington #794**

---

**3.27**

**License to Chill Heating & Air, Inc.**
Name

**dba Just Chilling Heating and Air**
Number       Street

**Ste 201**

**Springtown**          **TX**        **76082-2916**
City                    State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.94**
☐ Schedule G, line _____
**Richard J. Scott, Attorney**

---

**3.28**

**License to Chill Heating & Air, Inc.**
Name

**dba Just Chilling Heating and Air**
Number       Street

**Ste 201**

**Springtown**          **TX**        **76082-2916**
City                    State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.97**
☐ Schedule G, line _____
**Sheef & Stone, LLP**

---

**3.29**

**License to Chill Heating & Air, Inc.**
Name

**dba Just Chilling Heating and Air**
Number       Street

**Ste 201**

**Springtown**          **TX**        **76082-2916**
City                    State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.100**
☐ Schedule G, line _____
**Tarrant County Tax Collector**

---

**3.30**

**License to Chill Heating & Air, Inc.**
Name

**dba Just Chilling Heating and Air**
Number       Street

**Ste 201**

**Springtown**          **TX**        **76082-2916**
City                    State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.101**
☐ Schedule G, line _____
**Tarrant County Tax Collector**

---

**3.31**

**License to Chill Heating & Air, Inc.**
Name

**dba Just Chilling Heating and Air**
Number       Street

**Ste 201**

**Springtown**          **TX**        **76082-2916**
City                    State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.131**
☐ Schedule G, line _____
**Verizon Connect KFA Fleetmatics**

---

Debtor 1    **Dwayne Paul Bridges**

Debtor 2    **Dana Michelle Bridges**

Case number (if known) _____

<table>
<tr><td colspan="2">■   **Additional Page to List More Codebtors**</td></tr>
</table>

*Column 1:*   **Your codebtor**

*Column 2:*   **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.32 | **License to Chill Heating & Air, Inc.** |
|------|------------------------------------------|

Name

**d/b/a Chillin Heating & Air**

Number      Street

_____

City                    State      ZIP Code

☐   Schedule D, line _____

☑   Schedule E/F, line **4.30**

☐   Schedule G, line _____

**Colonial Funding Network/TVT Capital, LL**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Dwayne** | **Paul** | **Bridges** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Dana** | **Michelle** | **Bridges** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** | | |
| Case number (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☑ Not employed |
| **Occupation** | | |
| **Employer's name** | **Texas Best Heating & Air** | |
| **Employer's address** | **924 Lynch Bend Road**<br>Number  Street | Number  Street |
| | | |
| | **Springtown        TX    76082**<br>City        State   Zip Code | City        State   Zip Code |
| **How long employed there?** | **9 months** | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$10,833.33** | **$0.00** |
| **3.** | Estimate and list monthly overtime pay. | 3. + | **$0.00** | **$0.00** |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4. | **$10,833.33** | **$0.00** |

Debtor 1    **Dwayne Paul Bridges**

Debtor 2    **Dana Michelle Bridges**

Case number (if known) _____

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ........................................................ → | 4. | $10,833.33 | $0.00 |
| **5. List all payroll deductions:** |  |  |  |
| **5a. Tax, Medicare, and Social Security deductions** | 5a. | $2,305.51 | $0.00 |
| **5b. Mandatory contributions for retirement plans** | 5b. | $0.00 | $0.00 |
| **5c. Voluntary contributions for retirement plans** | 5c. | $0.00 | $0.00 |
| **5d. Required repayments of retirement fund loans** | 5d. | $0.00 | $0.00 |
| **5e. Insurance** | 5e. | $0.00 | $0.00 |
| **5f. Domestic support obligations** | 5f. | $0.00 | $0.00 |
| **5g. Union dues** | 5g. | $0.00 | $0.00 |
| **5h. Other deductions.** Specify: | 5h. + | $0.00 | $0.00 |
| **6. Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $2,305.51 | $0.00 |
| **7. Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $8,527.82 | $0.00 |
| **8. List all other income regularly received:** |  |  |  |
| **8a. Net income from rental property and from operating a business, profession, or farm** | 8a. | $0.00 | $0.00 |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. |  |  |  |
| **8b. Interest and dividends** | 8b. | $0.00 | $0.00 |
| **8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive** | 8c. | $0.00 | $0.00 |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. |  |  |  |
| **8d. Unemployment compensation** | 8d. | $0.00 | $0.00 |
| **8e. Social Security** | 8e. | $0.00 | $0.00 |
| **8f. Other government assistance that you regularly receive** |  |  |  |
| Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $0.00 | $0.00 |
| **8g. Pension or retirement income** | 8g. | $0.00 | $0.00 |
| **8h. Other monthly income.** Specify: | 8h. + | $0.00 | $0.00 |
| **9. Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $0.00 | $0.00 |
| **10. Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $8,527.82 + $0.00 = | $8,527.82 |

**11. State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____    11. +    $0.00

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.    12.    $8,527.82

**Combined monthly income**

Debtor 1    **Dwayne Paul Bridges**
Debtor 2    **Dana Michelle Bridges**                                    Case number (if known) _____

**13.  Do you expect an increase or decrease within the year after you file this form?**

☑  No.          **None.**

☐  Yes. Explain:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Dwayne** | **Paul** | **Bridges** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Dana** | **Michelle** | **Bridges** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)   _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
chapter 13 expenses as of the
following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1.  **Is this a joint case?**

☐ No. Go to line 2.

☑ Yes. **Does Debtor 2 live in a separate household?**

   ☑ No

   ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2.  **Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No

☑ Yes. Fill out this information for each dependent....................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Son** | **15** | ☐ No ☑ Yes |
| **Daughter** | **4** | ☐ No ☑ Yes |
| _____ | ____ | ☐ No ☐ Yes |
| _____ | ____ | ☐ No ☐ Yes |
| _____ | ____ | ☐ No ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**

☑ No

☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4.  The rental or home ownership expenses for your residence.
    Include first mortgage payments and any rent for the ground or lot.

4.         **$1,262.52**

If not included in line 4:

4a.  Real estate taxes        4a. _____

4b.  Property, homeowner's, or renter's insurance        4b. _____

4c.  Home maintenance, repair, and upkeep expenses        4c.    **$100.00**

4d.  Homeowner's association or condominium dues        4d. _____

Debtor 1 **Dwayne Paul Bridges**

Debtor 2 **Dana Michelle Bridges**

Case number (if known) _____

**Your expenses**

| | | |
|---|---|---|
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. | _____ |
| 6. **Utilities:** | | |
| 6a. Electricity, heat, natural gas | 6a. | **$175.00** |
| 6b. Water, sewer, garbage collection | 6b. | **$140.00** |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | _____ |
| 6d. Other. Specify: _____ | 6d. | _____ |
| 7. **Food and housekeeping supplies** | 7. | **$900.00** |
| 8. **Childcare and children's education costs** | 8. | **$125.00** |
| 9. **Clothing, laundry, and dry cleaning** | 9. | **$100.00** |
| 10. **Personal care products and services** | 10. | **$125.00** |
| 11. **Medical and dental expenses** | 11. | **$400.00** |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$250.00** |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$50.00** |
| 14. **Charitable contributions and religious donations** | 14. | _____ |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. Life insurance | 15a. | **$120.00** |
| 15b. Health insurance | 15b. | **$150.00** |
| 15c. Vehicle insurance | 15c. | **$247.20** |
| 15d. Other insurance. Specify: _____ | 15d. | _____ |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | _____ |
| 17. **Installment or lease payments:** | | |
| 17a. Car payments for Vehicle 1 **2016 Chevrolet** | 17a. | **$1,112.02** |
| 17b. Car payments for Vehicle 2 **2016 Toyota Tundra** | 17b. | **$1,204.75** |
| 17c. Other. Specify: _____ | 17c. | _____ |
| 17d. Other. Specify: **IRS Installment** | 17d. | **$2,050.00** |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | _____ |
| 19. **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | _____ |

Debtor 1 **Dwayne Paul Bridges**

Debtor 2 **Dana Michelle Bridges**

Case number (if known) _____

**20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

20a. Mortgages on other property      20a. _____

20b. Real estate taxes      20b. _____

20c. Property, homeowner's, or renter's insurance      20c. _____

20d. Maintenance, repair, and upkeep expenses      20d. _____

20e. Homeowner's association or condominium dues      20e. _____

**21. Other.** Specify: _____      21. + _____

**22. Calculate your monthly expenses.**

22a. Add lines 4 through 21.      22a. **$8,511.49**

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.      22b. _____

22c. Add line 22a and 22b. The result is your monthly expenses.      22c. **$8,511.49**

**23. Calculate your monthly net income.**

23a. Copy line 12 (your combined monthly income) from Schedule I.      23a. **$8,527.82**

23b. Copy your monthly expenses from line 22c above.      23b. – **$8,511.49**

23c. Subtract your monthly expenses from your monthly income. The result is your monthly net income.      23c. **$16.33**

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

☒ Yes. Explain here:

**Discretionary expenses will be adjusted based on income**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Dwayne** | **Paul** | **Bridges** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Dana** | **Michelle** | **Bridges** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)

   1a. Copy line 55, Total real estate, from Schedule A/B.......................................................... **$285,111.00**

   1b. Copy line 62, Total personal property, from Schedule A/B.............................................. **$117,811.14**

   1c. Copy line 63, Total of all property on Schedule A/B........................................................ **$402,922.14**

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)

   2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... **$404,979.93**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)

   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.................................... **$0.00**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F........................... **+ $589,049.03**

   **Your total liabilities** **$994,028.96**

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of Schedule I...................................................................... **$8,527.82**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of Schedule J.............................................................................. **$8,511.49**

| Debtor 1 | **Dwayne Paul Bridges** | | |
|---|---|---|---|
| Debtor 2 | **Dana Michelle Bridges** | Case number (if known) | |

## Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.**

   _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

   **Total claim**

   From Part 4 on *Schedule E/F,* copy the following:

   9a. Domestic support obligations. (Copy line 6a.) _____

   9b. Taxes and certain other debts you owe the government. (Copy line 6b.) _____

   9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) _____

   9d. Student loans. (Copy line 6f.) _____

   9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) _____

   9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) **+** _____

   9g. **Total.** Add lines 9a through 9f. _____

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
<tr><td>Debtor 1</td><td><strong>Dwayne</strong><br>First Name</td><td><strong>Paul</strong><br>Middle Name</td><td><strong>Bridges</strong><br>Last Name</td></tr>
<tr><td>Debtor 2<br>(Spouse, if filing)</td><td><strong>Dana</strong><br>First Name</td><td><strong>Michelle</strong><br>Middle Name</td><td><strong>Bridges</strong><br>Last Name</td></tr>
<tr><td colspan="4">United States Bankruptcy Court for the: <strong>NORTHERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td colspan="4">Case number<br>(if known)</td></tr>
</table>

☐ Check if this is an amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Dwayne Paul Bridges**　　　　　　　　　X **/s/ Dana Michelle Bridges**
　Dwayne Paul Bridges, Debtor 1　　　　　　　　Dana Michelle Bridges, Debtor 2

　Date **10/10/2019**　　　　　　　　　　　　　　Date **10/10/2019**
　　　MM / DD / YYYY　　　　　　　　　　　　　　　　MM / DD / YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Dwayne** | **Paul** | **Bridges** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Dana** | **Michelle** | **Bridges** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   - ☑ Married
   - ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   - ☐ No
   - ☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| **628 Destin Dr.** | From **1/1/10** | | From _____ |
| Number    Street | To **7/2017** | Number    Street | To _____ |
| **Fort Worth    TX    76131** | | | |
| City    State    ZIP Code | | City    State    ZIP Code | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - ☐ No
   - ☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1 **Dwayne Paul Bridges**

Debtor 2 **Dana Michelle Bridges**

Case number (if known) _____

| Part 2: | Explain the Sources of Your Income |
|---|---|

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☒ Wages, commissions, bonuses, tips | $62,200.00 | ☒ Wages, commissions, bonuses, tips | $500.00 |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the last calendar year:**<br>(January 1 to December 31, **2018** )<br>YYYY | ☒ Wages, commissions, bonuses, tips | $81,700.00 | ☒ Wages, commissions, bonuses, tips | $47,000.00 |
| | ☒ Operating a business | | ☒ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, **2017** )<br>YYYY | ☐ Wages, commissions, bonuses, tips | $155,600.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☒ Operating a business | | ☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | | | personal injury proceeds | $31,761.94 |
| **For the last calendar year:**<br>(January 1 to December 31, **2018** )<br>YYYY | | | | |
| **For the calendar year before that:**<br>(January 1 to December 31, **2017** )<br>YYYY | partial 2015 PI settlment | $4,000.00 | | |
| | insurance proceeds: 2008 | $4,645.40 | | |

Debtor 1    **Dwayne Paul Bridges**

Debtor 2    **Dana Michelle Bridges**                                    Case number (if known) _____

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

6.   **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.**  *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ No.  Go to line 7.

☑ Yes.  List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Ally Financial**<br>Creditor's name<br>**PO Box 380902**<br>Number    Street | monthly last 90 days | $3,336.06 | $33,513.27 | ☐ Mortgage<br>☑ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| **Bloomington**       **MN**    **58438**<br>City                State    ZIP Code | | | | |

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Internal Revenue Service**<br>Creditor's name<br>**1100 Commerce Street**<br>Number    Street<br>**MC 5027 DAL** | monthly last 90 days | $6,150.00 | $102,474.33 | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☑ Other **tax liability** |
| **Dallas**            **TX**    **75242**<br>City                State    ZIP Code | | | | |

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Champs Properties**<br>Creditor's name<br>**Jason Creek**<br>Number    Street<br>**5328 Rolling Meadows Dr.** | monthly last 90 days | $3,787.56 | $107,482.73 | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☑ Other **Contract for Deed; h** |
| **Fort Worth**        **TX**    **76123**<br>City                State    ZIP Code | | | | |

Debtor 1   **Dwayne Paul Bridges**
Debtor 2   **Dana Michelle Bridges**
_____   Case number (if known) _____

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **See Schedule J** | | | | ☐ Mortgage |
| Creditor's name | | | | ☐ Car |
| | **re-occuring monthly expenses** | | | ☐ Credit card |
| Number     Street | | | | ☐ Loan repayment |
| | | | | ☐ Suppliers or vendors |
| | | | | ☐ Other _____ |
| City          State     ZIP Code | | | | |

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Lennox Industries, Inc.** | | **$1,500.00** | **$41,280.07** | ☐ Mortgage |
| Creditor's name | | | | ☐ Car |
| **c/o Patrick J. Schurr** | **monthly last 90 days** | | | ☐ Credit card |
| Number     Street | | | | ☐ Loan repayment |
| **Scheef & Stone, LLP** | | | | ☐ Suppliers or vendors |
| **Frisco**          **TX**     **75035** | | | | ☑ Other **corporate debt-judgr** |
| City          State     ZIP Code | | | | |

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Suntrust** | | **$1,204.75** | **$29,869.47** | ☐ Mortgage |
| Creditor's name | | | | ☑ Car |
| **PO box 305053** | **monthly last 90 days** | | | ☐ Credit card |
| Number     Street | | | | ☐ Loan repayment |
| | | | | ☐ Suppliers or vendors |
| **Nashville**          **TN**     **37230-5063** | | | | ☐ Other _____ |
| City          State     ZIP Code | | | | |

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    _Insiders_ include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations such as child support and alimony.

    ☑ No
    ☐ Yes. List all payments to an insider.

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

    Include payments on debts guaranteed or cosigned by an insider.

    ☑ No
    ☐ Yes. List all payments that benefited an insider.

Debtor 1 **Dwayne Paul Bridges**

Debtor 2 **Dana Michelle Bridges**                                   Case number (if known) _____

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Dana & Dwayn Bridges, Individually et al**<br><br>Case number **67-282975-15** | **Personal Injury Claim:**<br>**Dana and Dwayne Bridges, Individually and as next friends of C.B., a Minor, and Amber Corbin, as Next Friend of E.C. , a Minor vs. Afton Nicole Burkard and State Farm County Mutual Insurance Company of Texas**<br>**Personal Injury involving an auto accident which occured on November 15, 2015; case has settled; however attorney representing Debtors passed away before disbursement of settlement funds; State of Texas issued Debtors check for $31,761.94 in or about January 2019** | **67th Judicial District Court**<br>Court Name<br>**Tarrant County, Texas**<br>Number  Street<br><br><br>City       State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| **Igmacio Diaz and Leila Delgado vs. Bridges et al**<br><br>Case number **2015-002861-3** | **Ignacio Diaz and Leila Delgado vs. Dwayne Bridges and Dana Bridges, Individually and as next friend of Landon Bridges** | **County Court @ Law No. 3**<br>Court Name<br>**Tarrant County, Texas**<br>Number  Street<br><br><br>City       State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| **Blue Mound Business Park, LLC vs. Dwayne Bridges**<br><br>Case number **JP04-17-SC0000914** | **debt collection** | **Justice of the Peace, Precinct 4**<br>Court Name<br>**Tarrant County, Texas**<br>Number  Street<br><br><br>City       State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| **Blue Mound Business Park vs. Dwayne Bridges**<br><br>Case number **JP04-17-E00051532** | **business debt collection** | **Justice Court, Precinct 4**<br>Court Name<br>**Tarrant County, Texas**<br>Number  Street<br><br><br>City       State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

Debtor 1    **Dwayne Paul Bridges**
Debtor 2    **Dana Michelle Bridges**                                    Case number (if known) _____

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Colonial Funding Network Inc. vs. License to Chill et al** <br><br> Case number  **655613/2016** | **Colonial Funding Network Inc., as servicing provider for TVT Capital, LLC vs. License to Chill Heating & Air, Inc. dba Just Chillin Heating & Air and Dwayne Bridges (A/K/A Dwayne Paul Bridges)** | **Supreme Court of the State of New York** <br> Court Name <br> **County of New York** <br> Number     Street <br><br><br> City          State      ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| **Lennox Industries, Inc. vs. Dewayne Bridges et al** <br><br> Case number  **DC-17-14995** | **Lennox Industries, Inc. vs. Dewayne Bridges and License to Chill Heating and Air, Inc. d/b/a Just Chillin Heating & Air;** | **44th Judicial District Court** <br> Court Name <br> **Dallas County, Texas** <br> Number     Street <br><br><br> City          State      ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| **City of Fort Worth et al vs. Dwayne Paul Bridges** <br><br> Case number  **348-D17392-18** | property tax debt collection | **348th Judicial District Court** <br> Court Name <br> **Tarrant County, Texas** <br> Number     Street <br><br><br> City          State      ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| **IOU Central, Inc. vs. License to Chill Heating & Air et al** <br><br> Case number  **19-A-477** | business debt collection | **State Court of Cobb County** <br> Court Name <br> **State of Georgia** <br> Number     Street <br><br><br> City          State      ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| **Synchrony Bank vs. Dana Bridges** <br><br> Case number  **DC2-19-1459** | consumer debt collection | **Justice Court, Precinct 2** <br> Court Name <br> **Parker County, Texas** <br> Number     Street <br><br><br> City          State      ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| **Capital One vs. Dwayne P. Bridges** <br><br> Case number  **DC2-19-1764** | debt collection | **Justice of the Peace, Precinct 2,** <br> Court Name <br> **Parker County, Texas** <br> Number     Street <br><br><br> City          State      ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |

Debtor 1   **Dwayne Paul Bridges**
Debtor 2   **Dana Michelle Bridges**                                    Case number (if known) _____

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|

**Case title**
**Capital One vs. Dwayne P.**
**Bridges**

**Nature of the case**
debt collection

**Court or agency**
**Justice of the Peace, Precinct 2**
Court Name
**Parker County, Texas**
Number     Street

**Status of the case**
☒ Pending
☐ On appeal
☐ Concluded

Case number  **DC2-19-1782**

City                    State    ZIP Code

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No.  Go to line 11.
☒ Yes.  Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|

**First Place Auto/ In & Out Auto, LLC**
Creditor's Name

**6829 Smithfield Road**
Number     Street

**North Richland Hills      TX      76182**
City                    State    ZIP Code

**Describe the property**
**2004 Ford F150 VIN ending 0681**

**Date**
**10/31/17**

**Value of the property**
_____

**Explain what happened**
☒ Property was repossessed.
☐ Property was foreclosed.
☐ Property was garnished.
☐ Property was attached, seized, or levied.

**First Place Auto/ In & Out Auto, LLC**
Creditor's Name

**6829 Smithfield Road**
Number     Street

**North Richland Hills      TX      76182**
City                    State    ZIP Code

**Describe the property**
**2005 Chevrolet Colordo VIN ending 1904**

**Date**
**10/31/17**

**Value of the property**
_____

**Explain what happened**
☒ Property was repossessed.
☐ Property was foreclosed.
☐ Property was garnished.
☐ Property was attached, seized, or levied.

**First Place Auto/ In & Out Auto, LLC**
Creditor's Name

**6829 Smithfield Road**
Number     Street

**North Richland Hills      TX      76182**
City                    State    ZIP Code

**Describe the property**
**2006 Chevrolet Cororodo VIN ending 0526**

**Date**
**10/31/17**

**Value of the property**
_____

**Explain what happened**
☒ Property was repossessed.
☐ Property was foreclosed.
☐ Property was garnished.
☐ Property was attached, seized, or levied.

**First Place Auto/ In & Out Auto, LLC**
Creditor's Name

**6829 Smithfield Road**
Number     Street

**North Richland Hills      TX      76182**
City                    State    ZIP Code

**Describe the property**
**2008 Ford F150 VIN ending 5591**

**Date**
**10/31/17**

**Value of the property**
_____

**Explain what happened**
☒ Property was repossessed.
☐ Property was foreclosed.
☐ Property was garnished.
☐ Property was attached, seized, or levied.

Debtor 1    **Dwayne Paul Bridges**
Debtor 2    **Dana Michelle Bridges**

Case number (if known) _____

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| **Chrysler Capital**<br>Creditor's Name | **2017 Dodge TR Promaster VIN 269** | **3/15/19** | |
| **PO Box 660335**<br>Number    Street | | | |
| _____ | **Explain what happened** | | |
| | ☑ Property was repossessed. | | |
| | ☐ Property was foreclosed. | | |
| **Dallas**        **TX**    **75266-0335** | ☐ Property was garnished. | | |
| City            State    ZIP Code | ☐ Property was attached, seized, or levied. | | |

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| **Chrysler Capital**<br>Creditor's Name | **2017 Dodge TR Promaster VIN 357** | **3/14/19** | |
| **PO Box 660335**<br>Number    Street | | | |
| _____ | **Explain what happened** | | |
| | ☑ Property was repossessed. | | |
| | ☐ Property was foreclosed. | | |
| **Dallas**        **TX**    **75266-0335** | ☐ Property was garnished. | | |
| City            State    ZIP Code | ☐ Property was attached, seized, or levied. | | |

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| **Internal Revenue Service**<br>Creditor's Name | **2017 tax refund $8442.00**<br>**2018 tax refund $7856.00** | **2019** | |
| **1100 Commerce Street**<br>Number    Street | **seized and applied to Debtors'  tax**<br>**liability** | | |
| **Stop MC5026DAL** | | | |
| | **Explain what happened** | | |
| | ☐ Property was repossessed. | | |
| **Dallas**        **TX**    **75242** | ☐ Property was foreclosed. | | |
| City            State    ZIP Code | ☐ Property was garnished. | | |
| | ☑ Property was attached, seized, or levied. | | |

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| **Chrysler Capital**<br>Creditor's Name | **2017 Dodge Promaster VIN 884** | **3/2019** | |
| **PO Box 660335**<br>Number    Street | | | |
| _____ | **Explain what happened** | | |
| | ☑ Property was repossessed. | | |
| | ☐ Property was foreclosed. | | |
| **Dallas**        **TX**    **75266-0335** | ☐ Property was garnished. | | |
| City            State    ZIP Code | ☐ Property was attached, seized, or levied. | | |

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| **Chrysler Capital**<br>Creditor's Name | **2017 Dodge TR Promast CI VIN 406** | **3/2019** | |
| **PO Box 660335**<br>Number    Street | | | |
| _____ | **Explain what happened** | | |
| | ☑ Property was repossessed. | | |
| | ☐ Property was foreclosed. | | |
| **Dallas**        **TX**    **75266-0335** | ☐ Property was garnished. | | |
| City            State    ZIP Code | ☐ Property was attached, seized, or levied. | | |

Debtor 1 **Dwayne Paul Bridges**
Debtor 2 **Dana Michelle Bridges**

Case number (if known) _____

|  | Describe the property | Date | Value of the property |
|---|---|---|---|
| **Chrysler Capital** | **2017 Dodge TR Promaster CI VIN 680** | 3/2019 | |
| Creditor's Name | | | |

**PO Box 660335**
Number     Street

_____

**Dallas**          **TX**    **75266-0335**
City                State    ZIP Code

**Explain what happened**
☑ Property was repossessed.
☐ Property was foreclosed.
☐ Property was garnished.
☐ Property was attached, seized, or levied.

|  | Describe the property | Date | Value of the property |
|---|---|---|---|
| **Chrysler Capital** | **2017 Dodge Ram 1500 VIN 064** | 3/2019 | |
| Creditor's Name | | | |

**PO Box 660335**
Number     Street

_____

**Dallas**          **TX**    **75266-0335**
City                State    ZIP Code

**Explain what happened**
☑ Property was repossessed.
☐ Property was foreclosed.
☐ Property was garnished.
☐ Property was attached, seized, or levied.

|  | Describe the property | Date | Value of the property |
|---|---|---|---|
| **Toyota Financial** | **2016 Toyota Sequoiq** | 5/2019 | |
| Creditor's Name | | | |

**PO Box 5855**
Number     Street

_____

**Carol Stream**      **IL**    **60197-5855**
City                State    ZIP Code

**Explain what happened**
☑ Property was repossessed.
☐ Property was foreclosed.
☐ Property was garnished.
☐ Property was attached, seized, or levied.

|  | Describe the property | Date | Value of the property |
|---|---|---|---|
| **Sheffield** | **2016 CAM AM Maverick ATV** | 6/30/19 | |
| Creditor's Name | | | |

**PO Box 580229**
Number     Street

_____

**Charlotte**        **NC**    **28258-0889**
City                State    ZIP Code

**Explain what happened**
☑ Property was repossessed.
☐ Property was foreclosed.
☐ Property was garnished.
☐ Property was attached, seized, or levied.

|  | Describe the property | Date | Value of the property |
|---|---|---|---|
| **Ally Financial** | **2017 Dodge Ram VIN 034** | 3/2019 | |
| Creditor's Name | | | |

**PO Box 78234**
Number     Street

_____

**Phoenix**          **AZ**    **85062-8234**
City                State    ZIP Code

**Explain what happened**
☑ Property was repossessed.
☐ Property was foreclosed.
☐ Property was garnished.
☐ Property was attached, seized, or levied.

Debtor 1 **Dwayne Paul Bridges**
Debtor 2 **Dana Michelle Bridges**
Case number (if known) _____

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| **First Place Auto/ In & Out Auto, LLC**<br>Creditor's Name | **2008 Chevrolet Colorodo**<br>**VIN 416** | _____ | _____ |
| **6829 Smithfield Road**<br>Number     Street | **Explain what happened**<br>☑ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | | |
| **North Richland Hills     TX     76182**<br>City                                        State     ZIP Code | | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

## Part 5:     List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No
☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities<br>that total more than $600 | Describe what you contributed<br>**weekly tithing** | Date you<br>contributed | Value |
|---|---|---|---|
| **North Point Church**<br>Charity's Name | | **2019** | **$4,000.00** |
| **933 Ranch Road**<br>Number     Street | | **2018** | **$7,262.00** |
| **Fort Worth     TX     76131**<br>City                            State     ZIP Code | | | |

## Part 6:     List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

Debtor 1 **Dwayne Paul Bridges**

Debtor 2 **Dana Michelle Bridges**

Case number (if known) _____

| **Part 7:** | **List Certain Payments or Transfers** |

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **The Vida Law Firm, PLLC** <br> Person Who Was Paid | | | |
| **3000 Central Drive** <br> Number      Street | | 2/8/18 | $750.00 |
| | | 10/1/2019 | $3,380.00 |
| **Bedford**            **TX**    **76021** <br> City               State    ZIP Code | | | |
| _____ <br> Email or website address | | | |
| _____ <br> Person Who Made the Payment, if Not You | | | |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Access Counseling** <br> Person Who Was Paid | | | |
| _____ <br> Number      Street | | 10/9/19 | $25.00 |
| | | | |
| _____ <br> City               State    ZIP Code | | | |
| _____ <br> Email or website address | | | |
| _____ <br> Person Who Made the Payment, if Not You | | | |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

Debtor 1 **Dwayne Paul Bridges**

Debtor 2 **Dana Michelle Bridges**          Case number (if known) _____

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Brenda Cooper** <br> Person Who Received Transfer <br><br> Number    Street <br><br><br> City          State    ZIP Code <br><br> Person's relationship to you _____ | **Debtors used the 2016 650 CC CAN AM 4 Wheeler as trade-in for  2008 BMW** | **even trade; no consideration given** | **4/2019** |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called asset-protection devices.)

☑ No

☐ Yes. Fill in the details.

## Part 8:    List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No

☑ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Wells Fargo** <br> Name of Financial Institution <br><br> Number    Street <br><br><br> City          State    ZIP Code | XXXX- __ **3** **9** **8** | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☑ Other **License to Chill Heating & Air, Inc.** | **9/2018** | **$0.00** |

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Plains Capital** <br> Name of Financial Institution <br><br> Number    Street <br><br><br> City          State    ZIP Code | XXXX- __ __ __ __ | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other | **2019** | **$0.00** |

| Debtor 1 | **Dwayne Paul Bridges** | | | |
|---|---|---|---|---|
| Debtor 2 | **Dana Michelle Bridges** | | Case number (if known) | |

|  | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Chase Platinum Checking** | | | | |
| Name of Financial Institution | XXXX-___ **5** **2** **8** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☑ Other  **Just Chilling Heating & Air** | **2019** | **$0.00** |
| Number      Street | | | | |
| | | | | |
| City                          State      ZIP Code | | | | |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes. Fill in the details.

---

**Part 9:**   **Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No
☑ Yes. Fill in the details.

|  | Where is the property? | Describe the property | Value |
|---|---|---|---|
| **Minor Sons** | | checking account | $85.16 |
| Owner's Name | | | |
| | **Wells Fargo** | | |
| Number      Street | Number      Street | | |
| | | | |
| City        State   ZIP Code | City        State   ZIP Code | | |

|  | Where is the property? | Describe the property | Value |
|---|---|---|---|
| **Texas Best Heating & Air** | | **Debtor Husband is an authorized party on bank account** | |
| Owner's Name | | | |
| Number      Street | Number      Street | | |
| | | | |
| City        State   ZIP Code | City        State   ZIP Code | | |

Debtor 1 **Dwayne Paul Bridges**

Debtor 2 **Dana Michelle Bridges**

Case number (if known) _____

## Part 10: Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

    ☑ No
    ☐ Yes. Fill in the details.

25. Have you notified any governmental unit of any release of hazardous material?

    ☑ No
    ☐ Yes. Fill in the details.

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

    ☑ No
    ☐ Yes. Fill in the details.

## Part 11: Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

    ☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
    ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
    ☐ A partner in a partnership
    ☑ An officer, director, or managing executive of a corporation
    ☐ An owner of at least 5% of the voting or equity securities of a corporation

    ☐ No. None of the above applies. Go to Part 12.
    ☑ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **License to Chill Heating and Air, Inc.**<br>Business Name | | |
| **d/b/a Just Chillin Heating & Air**<br>Number   Street | **Name of accountant or bookkeeper**<br>**Mary M. Hudgens, PLLC** | EIN: 4 6 – 4 7 5 3 1 2 9 |
| **1150 Blue Mound Road West, Ste 103** | | Dates business existed |
| **Haslet,**   **TX**   **76052**<br>City   State ZIP Code | | From 2/5/14 To 2017 |

Debtor 1 **Dwayne Paul Bridges**

Debtor 2 **Dana Michelle Bridges**　　　　　　　　　　　　　Case number (if known) _____

**Describe the nature of the business**　　　　**Employer Identification number**
**Do not include Social Security number or ITIN.**

**License to Chill Heating & Air, Inc.**

Business Name　　　　　　　　　　　　　　　　　　　EIN: _4_ _6_ – _4_ _7_ _5_ _3_ _1_ _2_ _9_

**dba Just Chilling Heating & Air**　　　**Name of accountant or bookkeeper**

Number　　Street　　　　　　　　　　　**Mary M. Hudgens, PLLC**　　　**Dates business existed**

_____　　　　　　　　　From ___6/2017___ To ___2018___

_____

City　　　　　　State　ZIP Code

**Describe the nature of the business**　　　**Employer Identification number**
**sole proprietorship**　　　　　　　　　　**Do not include Social Security number or ITIN.**

**Bridges Auto Sales**

Business Name　　　　　　　　　　　　　　　　　　　EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

_____　　　**Name of accountant or bookkeeper**

Number　　Street

_____　　　　　　　　　**Dates business existed**

_____　　　　　　　　　From ___2009___ To ___2007___

City　　　　　　State　ZIP Code

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

　　☑ No

　　☐ Yes. Fill in the details below.

Debtor 1 **Dwayne Paul Bridges**

Debtor 2 **Dana Michelle Bridges**

Case number (if known) _____

| Part 12: | Sign Below |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Dwayne Paul Bridges**          X **/s/ Dana Michelle Bridges**
Dwayne Paul Bridges, Debtor 1          Dana Michelle Bridges, Debtor 2

Date    **10/10/2019**          Date    **10/10/2019**

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes.  Name of person _____    Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

- **You are an individual filing for bankruptcy,** and

- **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 -- Liquidation

- Chapter 11 -- Reorganization

- Chapter 12 -- Voluntary repayment plan for family farmers or fishermen

- Chapter 13 -- Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7:  Liquidation

|   |     |                      |
|---|-----|----------------------|
|   | $245 | filing fee          |
|   | $75  | administrative fee  |
| + | $15  | trustee surcharge   |
|   | $335 | total fee           |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors.  The primary purpose of filing under chapter 7 is to have your debts discharged.  The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge.  For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that the even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law.  Therefore, you may still be responsible to pay:

- most taxes;

- most student loans;

- domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and

- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;

- fraud or defalcation while acting in breach of fiduciary capacity;

- intentional injuries that you inflicted; and

- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A-2).

If your income is above the median for your state, you must file a second form--the *Chapter 7 Means Test Calculation* (Official Form 122A-2). The calculations on the form-- sometimes called the *Means Test*--deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If your income is more than the median income

for your state of residence and family size, depending on the results of the *Means Test,* the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property.* Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11:  Reorganization

|   | | |
|---|---|---|
| | $1,167 | filing fee |
| **+** | $550 | administrative fee |
| | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Chapter 12: Repayment plan for family farmers or fishermen

|   |        |                    |
|---|--------|--------------------|
|   | $200   | filing fee         |
| + | $75    | administrative fee |
|   | $275   | total fee          |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

---

### Chapter 13: Repayment plan for individuals with regular income

|   |        |                    |
|---|--------|--------------------|
|   | $235   | filing fee         |
| + | $75    | administrative fee |
|   | $310   | total fee          |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

## Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and local rules of the court.

For more information about the documents and their deadlines, go to:

http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury--either orally or in writing--in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together-- called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:

http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to:

http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Dwayne** | **Paul** | **Bridges** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Dana** | **Michelle** | **Bridges** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

---

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7          12/15

If you are an individual filing under chapter 7, you must fill out this form if:

- **creditors have claims secured by your property, or**

- **you have leased personal property and the lease has not expired.**

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause.  You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).

---

| Part 1: | List Your Creditors Who Hold Secured Claims |
|---|---|

1.  For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Ally Financial** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br>☑ Yes |
| Description of property securing debt: **2016 Chevrolet Corvette** | | |
| Creditor's name: **Chrysler Capital** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☑ Retain the property and [explain]:<br>**Debtor will continue making payments to creditor without reaffirming.**<br>**third party pays direct** | ☐ No<br>☐ Yes |
| Description of property securing debt: **2012 Toyota Tundra** | | |

---

Debtor 1    **Dwayne Paul Bridges**

Debtor 2    **Dana Michelle Bridges**             Case number (if known) _____

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Conns** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☒ Retain the property and [explain]:<br>**Debtor will continue making payments to creditor without reaffirming.** | ☐ No<br>☐ Yes |
| Description of property securing debt: **kitchen table, 2 arm chairs, 6 regular chairs** | | |
| Creditor's name: **DATCU** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☒ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br>☒ Yes |
| Description of property securing debt: **2014 XMR 650 CAM AM Outlander Travis 4 wheeler** | | |
| Creditor's name: **Internal Revenue Service** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☒ Retain the property and [explain]:<br>**Debtor will continue making payments to creditor without reaffirming.** | ☐ No<br>☐ Yes |
| Description of property securing debt: **920 Lynch Bend Road Springtown** | | |
| Creditor's name: **Internal Revenue Service** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☒ Retain the property and [explain]:<br>**Debtor will continue making payments to creditor without reaffirming.** | ☐ No<br>☐ Yes |
| Description of property securing debt: **920 Lynch Bend Road Springtown** | | |
| Creditor's name: **Internal Revenue Service** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☒ Retain the property and [explain]:<br>**Debtor will continue making payments to creditor without reaffirming.** | ☐ No<br>☐ Yes |
| Description of property securing debt: **920 Lynch Bend Road Springtown** | | |
| Creditor's name: **Kubota Credit corp** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☒ Retain the property and [explain]:<br>**Debtor will continue making payments to creditor without reaffirming.**<br>**third party pays direct** | ☐ No<br>☒ Yes |
| Description of property securing debt: **Zero Turn TRW w/60" MWR & ROPS** | | |

Debtor 1    **Dwayne Paul Bridges**
Debtor 2    **Dana Michelle Bridges**                                Case number (if known)

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|

Creditor's name:    **Kubota Credit Corp.**

Description of property securing debt:    **see remarks below**

☐ Surrender the property.
☐ Retain the property and redeem it.
☐ Retain the property and enter into a *Reaffirmation Agreement*.
☑ Retain the property and [explain]:
**Debtor will continue making payments to creditor without reaffirming.**
**third party pays direct**

☐ No
☑ Yes

---

Creditor's name:    **Kubota Credit Corp.**

Description of property securing debt:    **Back Ho and Post Hole Digger**

☐ Surrender the property.
☐ Retain the property and redeem it.
☐ Retain the property and enter into a *Reaffirmation Agreement*.
☑ Retain the property and [explain]:
**Debtor will continue making payments to creditor without reaffirming.**
**third party pays direct**

☐ No
☑ Yes

---

Creditor's name:    **Kubota Credit Corp.**

Description of property securing debt:    **grass catcher and line trimmer**

☐ Surrender the property.
☐ Retain the property and redeem it.
☐ Retain the property and enter into a *Reaffirmation Agreement*.
☑ Retain the property and [explain]:
**Debtor will continue making payments to creditor without reaffirming.**
**third party pays direct**

☐ No
☑ Yes

---

Creditor's name:    **Suntrust**

Description of property securing debt:    **2016 Toyota Tundra**

☐ Surrender the property.
☐ Retain the property and redeem it.
☑ Retain the property and enter into a *Reaffirmation Agreement*.
☐ Retain the property and [explain]:

☐ No
☑ Yes

---

Creditor's name:    **Tim Moore**

Description of property securing debt:    **1045 Green Ridge Terrace, Saginaw**

☐ Surrender the property.
☐ Retain the property and redeem it.
☐ Retain the property and enter into a *Reaffirmation Agreement*.
☑ Retain the property and [explain]:
**Debtor will continue making payments to creditor without reaffirming.**
**third party pays direct**

☐ No
☑ Yes

---

Debtor 1 **Dwayne Paul Bridges**
Debtor 2 **Dana Michelle Bridges**

Case number (if known) _____

| Part 2: | List Your Unexpired Personal Property Leases |
|---|---|

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

**Describe your unexpired personal property leases**

Lessor's name: **Fleetmatics USA LLC**
Description of leased **vehicle tracking systems**
property:

**Will this lease be assumed?**

☑ No
☐ Yes

Lessor's name: **Hawk Security**
Description of leased **security service agreement**
property:

☑ No
☐ Yes

Lessor's name: **Northern Leasing Systems**
Description of leased **credit card machine**
property:

☑ No
☐ Yes

Debtor 1    **Dwayne Paul Bridges**

Debtor 2    **Dana Michelle Bridges** _____    Case number (if known) _____

| Part 3: | Sign Below |

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and personal property that is subject to an unexpired lease.

X **/s/ Dwayne Paul Bridges**            X **/s/ Dana Michelle Bridges**
Dwayne Paul Bridges, Debtor 1            Dana Michelle Bridges, Debtor 2

Date **10/10/2019**                     Date **10/10/2019**
MM / DD / YYYY                          MM / DD / YYYY

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  **Dwayne Paul Bridges**                                          CASE NO
        **Dana Michelle Bridges**

                                                                        CHAPTER    **7**

## <u>DISCLOSURE OF COMPENSATION UNDER 11 U.S.C. § 329 AND B.R. 2016(B)</u>

| | |
|---|---|
| **Amount paid:** | $4,230.00 |
| **Amount to be paid:** | $0.00 |
| **Property transferred to attorney:** | None |
| **Collateral held by attorney:** | None |
| **Source of compensation:** | Current wages |

*I certify that I am the attorney for the above named debtor, and that the compensation paid or agreed to be paid to me for services rendered or to be rendered on behalf of the Debtor in or in connections with a case under Title 11 of the United States Code, such payment or agreement having been made after one year before the date of filing of the petition, is as indicated above.*

*I further certify that the Debtor has been informed and has agreed that the compensation paid shall include the following legal services:  (a) All conferences with the Debtor; (b) Preparation of Petition and Schedules; (c) Attendance at 341 First Meeting and attendance at reaffirmation and/or confirmation hearings; (d) Preparation of routine motions.*

*I have not agreed to share this compensation with any person other than members of the firm.*

Date  10/10/2019

  **/s/ Carla R. Vida**
***Carla R. Vida***                          Bar No.  **16674445**
The Vida Law Firm, PLLC
3000 Central Drive
Bedford, TX 76021
Phone: (817) 358-9977 / Fax: (817) 358-9988

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   **Dwayne Paul Bridges**
        **Dana Michelle Bridges**

CASE NO

CHAPTER    **7**

## VERIFICATION OF CREDITOR MATRIX

    The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   10/10/2019 _____

Signature   **/s/ Dwayne Paul Bridges**_____
                    **Dwayne Paul Bridges**

Date   10/10/2019 _____

Signature   **/s/ Dana Michelle Bridges**_____
                    **Dana Michelle Bridges**

Absolute Resolutions Corporation
8000 Norman Center Dr. #860
Bloomington, MN 55437


ADT
5400 Airport Freeway, Ste A
Fort Worth, Texas 76117-5928


Allied Interstate
PO Box 361445
Columbus, OH 43236


Allstate Indeminty Company
c/o CCS
Payment Processing Center
PO Box 55126
Boston, MA 02205-5126

Alltran Financial LP
PO Box 610
Sauk Rapids, MN 56379-0610


Ally Financial
PO Box 380902
Bloomington, MN 58438


Ally Financial
PO Box 78234
Phoenix, AZ 85062-8234


Alpha Recovery Corp. `
6912 S. Quentin St., Unit 10
Centennial, CO 80112


Altus Global Trade Solutions
2400 Veterans Memorial Blvd, Ste 300
Kenner, LA 70062

Amcol Systems, Inc.
PO Box 21625
Columbia, SC  29221

Asset Recovery Solutions, LLC
2200 E. Devon Ave, Ste 200
Des Plaines, IL  60018-4501

Barclay Card
PO Box 60517
City of Industry, CA  91716-0517

Baylor Surgicare @ Mansfield
280 Regency Parkway
Mansfield, Texas  76063

Bill Me Later, Inc.
c/o PayPal Credit
PO Box 5138
Timonium, MD  21094

Blaze Mastercard
PO Box 2534
Omaha, NE  68103-2534

Blue Mound Business Park
1150 Blue Mound Road
Haslet, Texas  76052

Blue Mound Business Park, LLC
1150 Blue Mound Road
Haslet, Texas  76052

Cabellas Visa
PO Box 82519
Lincoln, NE  68501-2519

Capital Management Services, LP
698 1/2 South Ogden Street
Buffalo, NY  14206-2317

Capital One
PO Box 60599
City of Industry, CA  91716-0599

Capital One Bank USA
c/o Scott & Associates, PC
PO Box 113297
Carrollton, Texas  75011-3297

Capital One Platinum Mastercard
PO Box 60599
City of Industry, CA  91716-0599

Capital One Quicksilver Mastercard
PO Box 60599
City of Industry, CA  91716-0599

Cardmember Service
Amazon
PO Box 6294
Carol Stream, IL  60197-5294

Cardmember Service
Marriott Rewards Visa
PO Box 6294
Carol Stream, IL  60197-6294

Champs Properties
Jason Creel
5328 Rolling Meadows Dr.
Fort Worth, Texas  76123

Chase
PO Box 6026
Chicago, IL  60680-6026

Chase Bank
6543 Lake Worth Blvd,
Lake Worth, Texas 76135

Christopher R. Norris, Atty
Ekvall & Byrne LLP
4450 Sigma Road, Ste 100
Dallas, Texas 75244

Chrysler Capital
PO Box 660335
Dallas, Texas 75266-0335

Chrysler Capital
PO Box 961275
Fort Worth, Texas 76161-1275

Cintas
PO Box 6650838
Dallas, Texas 75265-0838

City of Fort Worth et al
c/o Stephen T. Meeks
Linebarger Goggan Blair et al
100 Throckmorton Ste 300
Fort Worth, Texas 76102

Client Services, Inc.
3451 Harry S. Truman Blvd.
St. Charles, MO 63301-4047

Colonial Funding Network/TVT Capital, LL
c/o Jennifer Ballard, Esq.
120 West 45th Street, 2nd Fl.
New York, NY 10036

Conns
PO Box 815867
Dallas, Texas 75234-5867

Conns/Synchrony Bank
PO Box 960061
Orlando, FL 32896-0061


Credit Systems International, Inc.
PO Box 1088
Arlington, Texas 76004-1088


Crown Asset Management LLC
c/o MRS BPO LLC
1930 Olney Ave
Cherry Hill, NJ 08003


DATCU
PO Bxo 927
Denton, Texas 76202-0827


Direct Capital Corp
155 Commerce Way
Portsmouth, NH 03801


Discover
PO Box 790213
St. Louis, MO 63179-0213


Diversified Pure Chem
c/o Richard J. Scott
801 East Campbell Road
Suite 165
Richardson, Texas 75018


DNF Associates, LLC
c/o Halsted Financial Services, LLC
PO Box 828
Skokie, IL 60076


Financial Recovery Services, Inc.
PO Box 385908
Minneapolis, MN 55438-5908

First Choice Emergency Room
c/o AMCOL Systems, Inc.
PO Box 21625
Columbia, SC  29221


First National Credit Card
PO Box 2496
Omaha, NE  68103-2496


First Place Auto/ In & Out Auto, LLC
6829 Smithfield Road
North Richland Hills, Texas  76182


First Premier Mastecard
PO Box 5529
Sioux Falls, SD  57117-5529


First Premier Mastercard
PO Box 5529
Sioux Falls SD  57117-5529


First Savings Bank
Blaze Mastercard
c/o RGS Financial, Inc.
PO Box 852039
Richardson, Texas  75085-2039

First Savings Credit Mastercard
PO Box 2509
Omaha, NE  68103-2509


Fleetmatics USA LLC
1100 Winter Street, Ste 4600
Waltham, MA  02451


Frontline Asset Strategies
2700 Snelling Ave N.
Ste 250
Roseville, MN  55113

Gandermountaine Mastercard
PO Box 659569
San Antonio, Texas  78265-9569


Geico Indeminity Company
c/o CCS
Payment Processing Center
PO Box 55126
Boston, MA  02205-5126

Gene De Bullet & Associates
2315 N. Main Street,
Ste 300
Fort Worth, Texas  76164


Hawk Security
My Alarm Center
3803 West Chester Pike, Ste 100
Newton Square, PA  19073


Hawk Security
3803 West Chester Pike, Ste 100
Newton Square, PA  19073


Hays Potter & Martin LLP
c/o James W. Hays
3945 Holcomb Bridge Road, Ste 300
Peachtree Corners, GA  30092


Healthport
PO Box 409740
Atlanta, GA  30384-9740


Ignacio Diaz & Leila Delgado
c/o Jim Zadeh, PC
115 W. 2nd Street. Ste 201
Fort Worth, Texas  76102


Indigo Mastercard
PO Box 205458
Dallas, Texas  75320-5458

Internal Revenue Service
1100 Commerce Street
MC 5027 DAL
Dallas, TX 75242


Internal Revenue Service
1100 Commerce Street
Stop MC5026DAL
Dallas, TX 75242


Internal Revenue Service Center
PO Box 7346
Philadelphia, PA 19101-7346


IOU Central, Inc.
600 Town Park Lane
Suite 100
Kennesaw, GA 30144


Jefferson Capital Systems, LLC
c/o Dynamic Recovery Solutions
PO Box 25759
Greenville, SC 29616-0759


Jefferson Capital Systems, LLC
c/o Alpha Recovery Corp.
6912 S. Quentin St., Unit 10
Centennial CO 80012


Jefferson Capital Systems, LLC
16 McLeland Road
Saint Cloud, MN 56303


Jim Zadeh, PC
115 W. 2nd Street, Ste 201
Fort Worth, Texas 76102


John J. McNeff, DDS
5920 Watauga Road
Watauga, Texas 76148

Keith West
Altus Global Trade Solutions
2400 Veterans Blvd. Ste 300
Kenner, LA  70062


Kubota Credit corp
PO Box 2046
Grapevine, Texas  76099


Kubota Credit Corp.
PO Box 2046
Grapevine, Texas  76099


Laboratory Corporation of America
c/o AMCA
PO Box 1235
Elmsford, NY  10523-0935


Landon Bridges
920 Lynch Bend Road
Springtown, Texas  76082


Legacy Visa
PO Box 2496
Omaha, NE  68103-2509


Lennox Ind
NACM Southwest
751 Plaza Blvd.
Coppell, Texas  75019


Lennox Industries, Inc.
c/o Patrick J. Schurr
Scheef & Stone, LLP
2600 Network Blvd, Ste 400
Frisco, Texas  75035


License to Chill Heating & Air, Inc.
dba Just Chilling Heating and Air
Ste 201
Springtown, Texas  76082-2916

License to Chill Heating & Air, Inc.
d/b/a Chillin Heating & Air


Linebarger, Goggan, Blair & Sampson
Bankruptcy Dept.
100 Throckmorton
Fort Worth, Texas 76102


LVNV Funding LLC
c/o Allied Interstate
PO Box 361445
Columbus, OH  43236


LVNV Funding, LLC
c/o Halsted Financial Services, LLC
PO Box 828
Skokie, IL  60076


Mark Dirnberger D.O. P.A.
Attn # 15558C
PO Box 14000
Belfast, ME  04915


Mary M. Hudgens, PLLC
CPA
935 W. Glade Road
Hurst, Texasd  76054


Medcredit
PO Box 1629
Maryland Heights, MO  63043


Medical Center Alliance
10030 N. Macarthur Blvd.
Irving, Texas  75063-5001


Merrick Bank
PO Box 9201
Old Bethpage, NY 11804

Mid Cities Imaging
PO Box 83585
Richardson, Texas  75083


Midland Credit Management
2365 Northside Dr.
Ste 300
San Diego, CA  92108


Midland Credit Management
350 Camino De La Reina
Ste 100
San Diego, CA  92108


Midland Funding LLC
c/o Atlantic Credit & Finance Inc.
PO Box 13386
Roanoke, VA  24033-3386


Milestone
PO Box 84059
Columbus, GA  31908-4059


MRS BPO LLC
1930 Olney Ave
Cherry Hill, NJ  08003


Nationwide Credit, Inc.
PO Box 14581
Des Moines, IA  50306-3581


Northern Leasing Systems
PO Box 7861
New York, NY  10116


Northern Leasing Systems
525 Washington Blvd, 15th Floor
Jersey City, NJ  07310

Northstar Location Services, LLC
Attn: Financial Services Dept.
PO Box 49
Bowmansville, NY 14026-0049


One Main
PO Box 790368
St. Louis, MO 63179-0368


Orion Portfolio Services, II LLC
c/o Transworld Systems, Inc.
PO Box 15095
Wilmington, DE 19850-5095


Paramount Recovery Systems
7524 Bosque Blvd, Ste L
Robinson, Texas 76706


Pay Pal Mastercard
2211 North First Street
San Jose, CA 95131


PayPal Credit
PO Box 71202
Charlotte, NC 28272-1202


Phillips & Cohen Associates, Ltd.
1002 Justison Street
Wilmington, DE 19801


Phoenix Financial Services
8908 Otis Ave., Suite 103A
Indianaoplis, IN 46216


Portfolio Recovery Associates, LLC
PO Box 12914
Norfolk, VA 23541

Portfolio Recovery Associates, LLC
Attn: AYR
140 Corporate Blvd
Norfolk, VA  23502


Protection 1
PO Box 219044
Kansas City, MO  64121-9044


Radiology Associates of North Texas
PO Box 1723
Indianapolis, IN  46206-1723


Rausch Sturm
15660 North Dallas Parkway
Ste 350
Dallas, Texas  75248


Rausch Sturm
250 North Sunnyslope Road
Ste 300
Brookfield, WI  53005


Rent to Own
PO Box 1717
Denton, Texas  76202


Republic Svcs-Arlington #794
PO Box 78829
Phoenix, AZ  85062-8829


RGS Financial Inc.
PO Box 852039
Richardson, Texas  75085-2039


Richard J. Scott, Attorney
801 East Campbell Road, Ste 165
Richardson, Texas  75018

RMS
PO Box 361595
Columbus, OH 43236

Scott & Associates, PC
Attorneys at Law
PO Box 115220
Carrollton, Texas 75011-5220

Scott & Associates, PC
Attorneys at Law
PO Box 113297
Carrollton, Texas 75011-3297

Sheef & Stone, LLP
Patrick J. Schurn
2600 Network Blvd,
Ste 400
Frisco, Texas 75034

Sheffield
PO Box 580229
Charlotte, NC 28258-0889

SIMM Associates, Inc.
PO Box 7526
Newark, DE 19714-7526

State Farm County Mutual Insurance Co.
c/o Stephen D. McKimmey et al
900 Jackson Street, Ste 700
Dallas, Texas 75202

Suntrust
PO box 305053
Nashville, TN 37230-5063

Synchrony Bank
Legal Operation
PO Box 29110
Shawnee Mission, KS 66201-5320

Synchrony Bank/JC Penneys
PO Box 965009
Orlando, FL  32896-5009

Tarrant County Tax Collector
100 E Weatherford St
Fort Worth, TX 76196

Texas Back Institute
6020 W. Parker Road, Ste 200
Plano, Texas  75093

Texas Health Resources
500 E. Border Street #130
Arlington, Texas  76010

Texas Health Resources
Payment Processing Center
PO Box 733546
Dallas, Texas  75373-3546

Texas Medicine Resources
PO Box 8549
Fort Worth, Texas 76124-0549

Texas Radiology Associates
c/o Synerprise Consulting
5651 Broadmoor
Mission, KS  66202

Tim Moore
302 Pine Tree Road
Longview, Texas 75604

Total
PO Box 88940
Sioux Falls, SD  57109

Total Visa
PO Box 89940
Sioux Falls, SD  57109

Toyota Financial
PO Box 5236
Carol Stream, IL  60197-5236

U.S. Anesthesia Partners
c/o Synerprise Consulting
5651 Broadmoor
Mission, KS  66202

U.S. Anethesia Partners
c/o Synerprise Consulting
5651 Broadmoor
Mission, KS  66202

United Joint & Spine Institute
5651 E. Lancaster Ave #200
Fort Worth, Texas  76112

United Revenue Corp
204 Billings Street, Ste 120
Arlington, Texas  76010

Urology Associates of North Texas
Medical Records Dept.
900 Airport Freeway, Ste158
Hurst, Texas  76054

US Auto Credit
PO Box 57545
Jacksonville, FL  32241

Verizon Connect KFA Fleetmatics
c/o Guest & Associates, PC
PO Box 696
DeKalb, Texas  75559

Woodhills Labs
7589 Preston Road
Ste 700
Frisco, Texas  75034-5675

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

**Fill in this information to identify your case:**

| Debtor 1 | **Dwayne**<br>First Name | **Paul**<br>Middle Name | **Bridges**<br>Last Name |
|---|---|---|---|
| Debtor 2<br>(Spouse, if filing) | **Dana**<br>First Name | **Michelle**<br>Middle Name | **Bridges**<br>Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

**Check one box only as directed in this form and in Form 122A-1Supp:**

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under Chapter 7 Means Test Calculation (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

Official Form 122A-1

# Chapter 7 Statement of Your Current Monthly Income

10/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Official Form 122A-1Supp) with this form.

## Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | _____ | _____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | _____ | _____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | _____ | _____ |

Debtor 1 **Dwayne Paul Bridges**
Debtor 2 **Dana Michelle Bridges**

Case number (if known) _____

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

**5. Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 |
|---|---|---|
| Gross receipts (before all deductions) | _____ | _____ |
| Ordinary and necessary operating expenses | − _____ | − _____ |
| Net monthly income from a business, profession, or farm | _____ | _____ |

Copy here ➔  _____    _____

**6. Net income from rental and other real property**

| | Debtor 1 | Debtor 2 |
|---|---|---|
| Gross receipts (before all deductions) | _____ | _____ |
| Ordinary and necessary operating expenses | − _____ | − _____ |
| Net monthly income from rental or other real property | _____ | _____ |

Copy here ➔  _____    _____

**7. Interest, dividends, and royalties**    _____    _____

**8. Unemployment compensation**    _____    _____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ................↓

For you............................................................................ _____

For your spouse............................................................. _____

**9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.    _____    _____

**10. Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

_____    _____    _____

_____    _____    _____

Total amounts from separate pages, if any.    + _____    + _____

Debtor 1    **Dwayne Paul Bridges**
Debtor 2    **Dana Michelle Bridges**

Case number (if known) _____

| | Column A | Column B |
|---|---|---|
| | **Debtor 1** | **Debtor 2 or non-filing spouse** |

**11.** **Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

[ ____ ] **+** [ ____ ] **=** [ ____ ]

**Total current monthly income**

---

**Part 2:**    **Determine Whether the Means Test Applies to You**

---

**12.** **Calculate your current monthly income for the year.** Follow these steps:

12a.    Copy your total current monthly income from line 11........................................................**Copy line 11 here** ➔    12a. [ ____ ]

Multiply by 12 (the number of months in a year).    **X    12**

12b.    The result is your annual income for this part of the form.    12b. [ ____ ]

**13.** **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.    [ ____ ]

Fill in the number of people in your household.    [ ____ ]

Fill in the median family income for your state and size of household............................................................    13. [ ____ ]

To find a list of applicable median income amounts, go online using the link specified in the separate
instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14.** **How do the lines compare?**

14a.    ☐    Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3.

14b.    ☐    Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A-2.

---

**Part 3:**    **Sign Below**

---

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X** **/s/ Dwayne Paul Bridges** _____    **X** **/s/ Dana Michelle Bridges** _____
Dwayne Paul Bridges, Debtor 1    Dana Michelle Bridges, Debtor 2

Date **10/10/2019** _____    Date **10/10/2019** _____
MM / DD / YYYY    MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Dwayne** | **Paul** | **Bridges** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Dana** | **Michelle** | **Bridges** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an amended filing

## Official Form 122A-1Supp

## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)          12/15

File this supplement together with **Chapter 7 Statement of Your Current Monthly Income (Official Form 122A-1)**, if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

### Part 1:    Identify the Kind of Debts You Have

1.  **Are your debts primarily consumer debts?** Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the Voluntary Petition for Individuals Filing for Bankruptcy (Official Form 101).

    ☑ No.   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

    ☐ Yes.  Go to Part 2.

### Part 2:    Determine Whether Military Service Provisions Apply to You

2.  **Are you a disabled veteran (as defined in 38 U.S.C. § 3741(1))?**

    ☐ No.   Go to line 3.

    ☐ Yes.  Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

        ☐ No.   Go to line 3.

        ☐ Yes.  Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3.  **Are you or have you been a Reservist or member of the National Guard?**

    ☐ No.   Complete Form 122A-1. Do not submit this supplement.

    ☐ Yes.  Were you called to active duty or did you perform a homeland defense activity?  10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1)

        ☐ No.   Complete Form 122A-1. Do not submit this supplement.

        ☐ Yes.  Check any one of the following categories that applies:

    | | |
    |---|---|
    | ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty. | If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The exclusion period means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii). |
    | ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____ which is fewer than 540 days before I file this bankruptcy case. | |
    | ☐ **I am performing a homeland defense activity for at least 90 days.** | |
    | ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case. | If your exclusion period ends before your case is closed, you may have to file an amended form later. |